| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Alaska Dispatch News, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | M&M Wiring Service Inc<br>11315 Totem Rd<br>Anchorage, AK 99516 | | Services/Supplies | | | | $491,219.55 |
| 2 | GCI Communications Corp<br>PO Box 99001<br>Anchorage AK 99509-9901 | | Services/Supplies | | | | $304,393.91 |
| 3 | Premera Blue Cross<br>Attn: Payment Processing<br>PO Box 91060<br>Seattle, WA 98111 | | Services/Supplies | | | | $262,556.99 |
| 4 | J Birket Inc.<br>2780 Canoe Branch Rd<br>Lebanon, TN 37087 | | Services/Supplies | | | | $161,044.27 |
| 5 | Newscycle Solutions Inc.<br>7900 International Dr, 8th Fl<br>Bloomington MN 55425 | | Services/Supplies | | | | $145,914.63 |

Debtor    **Alaska Dispatch News, LLC**    Case number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Arctic Partners LLC<br>6716 Eastside Dr NE Ste 1-48<br>Tacoma WA 98422 | | Services/Supplies | | | | $143,871.40 |
| 7 | Frontline Construction LLC<br>8608 Emerald St<br>Anchorage AK 99502 | | Services/Supplies | | | | $68,901.31 |
| 8 | Eagle Web Press<br>PO Box 12008<br>Salem OR 97309 | | Services/Supplies | | | | $58,817.34 |
| 9 | Municipality of Anchorage<br>PO Box 196040<br>Anchorage AK 99519-6050 | | Services/Supplies | | | | $56,516.30 |
| 10 | Centro Inc.<br>Dept CH 10762<br>Palintine IL 60055-0762 | | Services/Supplies | | | | $52,736.51 |
| 11 | Catalyst Paper Corp<br>75 Remittance Dr<br>STE 6022<br>Chicago, IL 60674 | | Services/Supplies | | | | $51,307.56 |
| 12 | Anchorage Printing Inc.<br>3110 Spenard Rd.<br>Anchorage, AK 99503-3699 | | Services/Supplies | | | | $45,959.19 |
| 13 | D. John McKay<br>117 E. Cook Ave.<br>Anchorage AK 99501 | | Services/Supplies | | | | $43,776.65 |

Debtor  **Alaska Dispatch News, LLC**          Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | GCI<br>2550 Denali Street Ste 1000<br>Anchorage AK 99503 | | Services/Supplies | | | | $36,694.00 |
| 15 | Journal Graphics Inc.<br>2840 NW 35th<br>Portland OR 97210 | | Services/Supplies | | | | $36,480.36 |
| 16 | Ponderay Newsprint Co.<br>PO Box 781933<br>Philadelphia, PA 19178-1933 | | Services/Supplies | | | | $34,871.84 |
| 17 | John Hancock Life Insurance Company (USA)<br>PO Box 894764<br>Los Angeles CA 90189-4764 | | Services/Supplies | | | | $33,300.00 |
| 18 | Birch Horton Bittner & Cherot<br>510 L Street Suite 700<br>Anchorage AK 99501-1959 | | Services/Supplies | | | | $30,086.81 |
| 19 | Berkshire Hathaway Homestate Co.<br>PO Box 844501<br>Los Angeles, CA 90084-4501 | | Services/Supplies | | | | $26,733.68 |
| 20 | North Pacific Paper Corp<br>Tax Dept CH1C28<br>PO Box 9777<br>Federal Way, WA 98063-9777 | | Services/Supplies | | | | $26,544.93 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ALASKA**
**ANCHORAGE DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| **Alaska Dispatch News, LLC** | § § | Case No. _____ |
| Debtor(s) | § § § | Chapter __11_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* –
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: __8/10/2017__    __/s/ Alice Rogoff_____
Alice Rogoff
Manager
**Complete EIN:** __92-0071348_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __8/10/2017__                         __/s/ Cabot Christianson_____
Cabot Christianson, Attorney for Debtor