CHRISTINE M. TOBIN-PRESSER
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Phone: 206-292-2110
Facsimile: 206-292-2104
ctobin@bskd.com

*Proposed Counsel to Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| In re | |
|---|---|
| ALASKA DISPATCH NEWS, LLC, | No. 17-00285-GS |
| Debtor. | Chapter 7 |

**MOTION FOR ADMISSION PRO HAC VICE**

PURSUANT TO AK LBR 2090-1(b), comes Christine M. Tobin-Presser, a member in good standing of the Bar of the District Court of Washington, and hereby requests to be allowed admission *pro hac vice* to appear and participate in Bankruptcy Case No. 17-00285 and any related proceedings for the Nacole M. Jipping, Chapter 7 Trustee.

1.  I was admitted to practice in the state of Washington on February 4, 1998, Washington State Bar No. 27628, and I am an active member in good standing. See Exhibit A, Supreme Court of the State of Washington Certificate of Good Standing. Currently, I practice law at Bush Kornfeld LLP, 601 Union Street, Suite 500, Seattle, WA 98101.

2.  At no time have I been disciplined by any court or administrative body.

MOTION FOR ADMISSION PRO HAC VICE - Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2294 20171 bj12er12sn

3. By filing this motion, I request to be admitted for this case only in order to make appearance and represent the Chapter 7 Trustee before this Court.

4. To the extent the Court requires, William Artus, general bankruptcy counsel for the Chapter 7 Trustee, a member in good standing of the bar of this court and practicing at the following office and phone number, 629 L. St., Ste 104, Anchorage, AK 99501 is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

5. I respectfully request that this Court enter an order granting my admission *pro hac vice* before this Court allowing me to appear as counsel for the Chapter 7 Trustee.

DATED this 2nd day of October, 2017.

BUSH KORNFELD LLP

By /s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser, WSBA #27628
Attorneys for Chapter 7 Trustee
BUSH KORNFELD LLP

By /s/ William Artus
William Artus, ABA No. #7410059
Attorneys for Chapter 7 Trustee
Designated Local Counsel

MOTION FOR ADMISSION PRO HAC VICE - Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2294 20171 bj12er12sn

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2017, a true and correct copy of the forgoing Motion for Admission Pro Hac Vice was served through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all parties registered with the CM/ECF and was mailed via U.S. Mail, first call postage prepaid to the following:

Cabot Christianson
Law Offices of Cabot Christianson, P.C.
911 W. 8th Ave. #201
Anchorage, AK  99501

Ms. Kathryn E. Perkins
Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA  98101

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of October, 2017, at Seattle, Washington.

/s/  Paula Sutton
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA  98101-2373
Phone:  206-292-2110
Email:  psutton@bskd.com

MOTION FOR ADMISSION PRO HAC VICE - Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2294 20171 bj12er12sn