CHRISTINE M. TOBIN-PRESSER
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101-2373
Phone: 206-292-2110
Facsimile: 206-292-2104

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re

ALASKA DISPATCH NEWS, LLC,

          Debtor.

No. 17-00285-GS

Chapter 7

DECLARATION OF CHRISTINE M. TOBIN-PRESSER IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY BUSH KORNFELD AS SPECIAL COUNSEL

Christine M. Tobin-Presser declares and states as follows:

1. I am an attorney at law admitted to practice before the Bankruptcy Court for the Western District of Washington and there is a pending motion before this Court for my admission *pro hac vice* to appear and practice in the above-captioned bankruptcy. I am a member of the law firm of Bush Kornfeld LLP, 601 Union Street, Suite 5000, Seattle, Washington 98101-2373, have personal knowledge of the facts set forth herein, and am competent to testify to the same.

2. Bush Kornfeld has recently hired Thomas Buford, former Assistant United States Trustee. Mr. Buford was the Assistant United States Trustee at the time of the above-captioned

DECLARATION OF CHRISTINE M. TOBIN-PRESSER–
Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2294 20171 bi253s02tf

1  bankruptcy case (the "Bankruptcy Case") was filed. Mr. Buford will begin his employment with Bush

2  Kornfeld effective October 23, 2017. Mr. Buford will not work on matters relating to the general

3  administration of the Bankruptcy Case.

4      3.    Bush Kornfeld represents no other entity in connection with this case, is not a creditor

5  of this estate, is disinterested as that term is defined in 11 U.S.C. § 101(14), and does not represent or

6  hold any interest adverse to the interest of the estate with respect to the matters on which it is to be

7  employed.

8      4.    Bush Kornfeld has no connection in the sense of any past or current professional

9  representation of the Debtor, its creditors, other parties in interest, their respective attorneys,

10  accountants, the United States Trustee, or any personal employed in the Office of the United States

11  Trustee.

12      5.    I have advised the trustee of the firm's willingness to serve as her counsel pursuant to

13  the terms of the Engagement Agreement attached as Exhibit A to the Application for Order

14  Authorizing Trustee to Employ Bush Kornfeld as Special Counsel.

15      6.    Currently, my hourly billing rate is $400. The hourly billing rates for other

16  professionals and support personnel in this firm who may perform services for trustee range from

17  $520 through $75. These rates may be adjusted on an annual basis to reflect market conditions.

18      7.    I have read Local Bankruptcy Rule 2016.

19      8.    I declare under penalty of perjury under the laws of the State of Washington that the

20  foregoing is true and correct.

21      DATED this 20th day of October, 2017.

22

23      /s/ Christine M. Tobin-Presser
    Christine M. Tobin-Presser

DECLARATION OF CHRISTINE M. TOBIN-PRESSER–
Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2294 20171 bi253s02tf