Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016
cabot@cclawyers.net

Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALASKA DISPATCH NEWS, LLC, | ) | **Case No.: 17-00285 GS** |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### NOTICE OF FILING AMENDED SCHEDULES B, E and F, AND
### AMENDED STATEMENT OF FINANCIAL AFFAIRS

Alaska Dispatch News, LLC, Debtor herein, through undersigned counsel, hereby

submits its Amended Schedules B, E and F, and its Amended Statement of Financial

Affairs.

Schedule B corrects item No. 72 by showing which domain names are owned by

debtor and which ones are owned by non-debtor entities.  Schedule E adds item 2.1, a

$14,100 disputed priority claim that may be asserted by the IRS and which arises from

the McClatchy sale.  Schedule F amends the amount of Ms. Rogoff's claim, item 3.139,

from $12,761,660.55 to $16,619,095.90, due to the inclusion of her 2017 cash

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

contributions to the Debtor.  Schedule F also removes the general unsecured claim of

Peninsula Airways, Inc. in the amount of $148.76.

The amended Statement of Financial Affairs answers question No. 3 with Exhibit

A; answers question No. 11; and answers question Nos. 4 and 30 with copy of Docket

No. 87 in this case.

DATED November 1, 2017.

LAW OFFICES OF CABOT CHRISTIANSON, PC
Attorneys for Debtor


By:     /s/ Cabot Christianson
       Cabot Christianson



CERTIFICATE OF SERVICE
The undersigned hereby certifies that on November 1, 2017, a correct copy of this application
was served by electronic means through the ECF system as indicated on the Notice of Electronic
filing.

By:   /s/ Cabot Christianson
       Cabot Christianson

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Alaska Dispatch News, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known) | **A17-00285 GS** |

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

2. **Cash on hand**    _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank**<br>**Credit Card**<br>**ADN Account** | **Credit Card** | 0  9  6  6 | **$2,605.00** |
| 3.2. | **Wells Fargo Bank**<br>**CAPPS - postage clearing**<br>**ADN Account** | **CAPPS - postage clearing** | 9  5  7  6 | **$0.00** |
| 3.3. | **Wells Fargo Bank**<br>**Checking account**<br>**ADN Account** | **Checking account** | 0  6  5  0 | **$0.00** |
| 3.4. | **Wells Fargo Bank**<br>**Payroll**<br>**AK Publishing Account (Non-debtor)** | **Payroll** | 0  9  3  4 | **$0.00** |
| 3.5. | **Wells Fargo Bank**<br>**Accounts Payable**<br>**AK Publishing Account (Non-debtor)** | **Accounts Payable** | 5  1  5  0 | **$0.00** |
| 3.6. | **Wells Fargo Bank**<br>**General**<br>**AK Publishing Account (Non-debtor)** | **General** | 5  1  4  3 | **$16,474.00** |

Debtor  **Alaska Dispatch News, LLC**                               Case number (if known)  **A17-00285 GS**
Name

| 3.7. | Northrim Bank Business checking AK Publishing Account (Non-debtor) | Business checking | 5 9 0 8 | $57,065.00 |
|---|---|---|---|---|
| 3.8. | Northrim Bank Credit Card AK Publishing Account (Non-debtor) | Credit Card | 5 0 7 2 | $0.00 |
| 3.9. | Wells Fargo Bank Depository Account ADN | Depository | 2 0 0 4 | $21,203.00 |

**4.** Other cash equivalents    *(Identify all)*

Name of institution (bank or brokerage firm)

**5.** Total of Part 1
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.                    $97,347.00

## Part 2:   Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.** Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

**7.1.** Item 05501 on YE 2016 Balance Sheet
Chugach Electric security deposit                                       $1,500.00

**8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

**9.** Total of Part 2.
Add lines 7 through 8.  Copy the total to line 81.                     $1,500.00

## Part 3:   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.** Accounts receivable

11a. 90 days old or less:  **$838,454.46** – **$0.00** = ············· ➜   **$838,454.46**
face amount            doubtful or uncollectible accounts

11b. Over 90 days old:  **$144,991.73** – **$0.00** = ············· ➜   **$144,991.73**
face amount            doubtful or uncollectible accounts

**12.** Total of Part 3
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        $983,446.19

## Part 4:   Investments

**13.** **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| Debtor | **Alaska Dispatch News, LLC** | Case number (if known) | **A17-00285 GS** |
|---|---|---|---|
| | Name | | |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| | Describe: | | |
| 17. | **Total of Part 4** Add lines 14 through 16. Copy the total to line 83. | | **$0.00** |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| Construction in Progress | | $4,543,126.00 | | $4,543,126.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Newsprint Inventory | | $668,735.00 | | $668,735.00 |
| Other Inventory 7/30/17 Balance Sheet | | $276,417.00 | | $276,417.00 |
| Total Buildings (book value before depreciation) | | $510,055.00 | | $510,055.00 |
| Total Newspaper Equipment (book value before depreciation) | | $2,500,147.00 | | $2,500,174.00 |
| Other Equipment 7/30/17 Balance Sheet (before depreciation) | | $2,214,621.00 | | $2,214,621.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

**$10,713,128.00**

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Alaska Dispatch News, LLC**                                      Case number (if known)   **A17-00285 GS**
Name

---

<table>
<tr><td style="background:black;color:white">**Part 6:**</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

<table>
<tr><td style="background:black;color:white">**Part 7:**</td><td>**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Office furniture is included in item 22. Other Inventory and supplies. | | | $0.00 |
| **40.  Office fixtures** | | | |
| Office fixtures is included in item 22. Other Inventory and supplies. | | | $0.00 |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office furniture is included in item 22. Other Inventory and supplies. | | | $0.00 |

---

Debtor   **Alaska Dispatch News, LLC**
         Name

Case number (if known)   A17-00285 GS

---

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Car - Bethel - $9,294.33**<br>**Van - 2016 Chev EXP - $20,700.00**<br>**Van - 2006 GMC SAV - $9,300.00** | **$39,294.33** | | **$39,294.33** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats<br>trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| 49.1. **Drone** | **$9,324.66** | | **$9,324.66** |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $48,618.99 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

---

| Debtor | **Alaska Dispatch News, LLC** | Case number (if known) | **A17-00285 GS** |
|---|---|---|---|
|  | Name | | |

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3150 C Street**<br>**Anchorage, AK**<br>**3150 C Street - Lease**<br>**Lessor:**<br>**3150 C**<br>**Real Property Lease** | **Leasehold** | | | **$0.00** |
| 55.2. **1001 Northway Drive**<br>**Anchorage, AK**<br>**1001 Northway Drive - Real Property Lease**<br>**Lessor:**<br>**GCI NADC LLC is Lessor**<br>**c/o General Communication, Inc.**<br>**2550 Denali Street, Ste 1000**<br>**Anchorage, AK  99503** | **Leasehold** | | | **$0.00** |
| 55.3. **5900 Arctic Boulevard**<br>**Anchorage, AK**<br>**5900 Arctic Boulevard - Real property lease**<br>**Lessor:**<br>**Arctic Partners, LLC**<br>**PMB 48**<br>**6716 Eastside Drive NE, STE 1**<br>**Tacoma, WA  98422** | **Leasehold** | | | **$0.00** |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | **$0.00** |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:  Intangibles and Intellectual Property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

**62.** **Licenses, franchises, and royalties**

Debtor   **Alaska Dispatch News, LLC** _____   Case number (if known) __A17-00285 GS__
          Name

63. **Customer lists, mailing lists, or other compilations**

   Customer, mailing, billing lists and information _____   Unknown _____   _____   $0.00

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                     Current value of
                                                                     debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

    DOMAIN NAMES, WEBSITES and OWNERSHIP: See Attachment to Schedules - Part 10. _____   $0.00
    Nature of claim         _____
    Amount requested       _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

    **Alyeska Resort Management Co.**
    **2017 Weather Sponsorship**
    **Promotional Partnership Agreement** _____   Unknown

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Alaska Dispatch News, LLC**                                    Case number (if known)    **A17-00285 GS**
Name

---

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$97,347.00** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,500.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$983,446.19** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$10,713,128.00** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$48,618.99** | |
| **88.** **Real property.** *Copy line 56, Part 9.* ➔ | | **$0.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| **91.** **Total.** Add lines 80 through 90 for each column. 91a. | **$11,844,040.18** | 91b. **$0.00** |

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................    **$11,844,040.18**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Alaska Dispatch News, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known) | **A17-00285 GS** |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,100.00** | **$14,100.00** |

**Internal Revenue Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Ogden          UT     84201-0039**

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( __8__ )

**Basis for the claim:**

**Collecting for - arrearage penalty**

**Is the claim subject to offset?**

☑ No
☐ Yes

Issues with 1099 filings due to an inaccurate file that McClatchy sent after the purchase. Have been working with IRS on the amount due.

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    A17-00285 GS

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

$300.00

**360VINspin LLC**

**1515 W. Diane Suite B**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Ozark**                MO    65721

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

$4,040.00

**Adpay/Memoriams**

**PO Box 560101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Denver**                CO    80256-0101

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

$16,050.00

**AdPerfect Dynamic Advertising Inc.**

**601 Sixth Street Suite 410**

**New Westminister BC V3L 3C1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

$8,450.00

**Advanced Vision Technology Inc.**

**5910 Shiloh Rd. East Suite 123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Alpharetta**                GA    30005

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Alaska Dispatch News, LLC**                    Case number (if known)    **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.5 | Nonpriority creditor's name and mailing address | | | $9,294.17 |

**Air Land Transport Inc.**

**11100 Calaska Ct**

| | | |
|---|---|---|
| **Anchorage** | **AK** | **99515** |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | | $6,455.98 |

**Alaska Airlines**

**PO Box 749877**

| | | |
|---|---|---|
| **Los Angeles** | **CA** | **90074-4784** |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | | $3,180.00 |

**Alaska On Point Service**

**8211 East 6th Avenue**

| | | |
|---|---|---|
| **Anchorage** | **AK** | **99504** |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | | $3,324.20 |

**Alaska Waste**

**PO Box 196097**

| | | |
|---|---|---|
| **Anchorage** | **AK** | **99519-6097** |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Alaska Dispatch News, LLC**                                        Case number (if known)    **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,521.25** |

**Alliance for Audited Media**

**Dept 20-8025**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Carol Stream**          IL      **60197-5998**        **Services/Supplies**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$160.00** |

**Allison Harvey**

**18178 E Walling Rd.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Palmer**          AK      **99645**        **Services/Supplies**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$889.69** |

**American Fast Freight**

**PO Box 101833**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Pasadena**          CA      **91189-1833**        **Services/Supplies**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,395.00** |

**Anchorage Convention Centers**

**550 West 5th Avenue**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Anchorage**          AK      **99501**        **Services/Supplies**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __    ☑ No    ☐ Yes

Debtor    **Alaska Dispatch News, LLC**                     Case number (if known)    **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Anchorage Printing Inc.**

**3110 Spenard Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$45,959.19

**Anchorage**                **AK**    **99503-3699**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**Arctic Office Mach & Furn Co.**

**PO Box 100083**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,361.86

**Anchorage**                **AK**    **99510**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**Arctic Partners LLC**

**6716 Eastside Dr NE Ste 1-48**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$143,871.40

**Tacoma**                **WA**    **98422**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**Arrow Marketing Group**

**1149 Executive Circle**

**STE A**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$6,201.88

**Cary**                **NC**    **27511**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor    **Alaska Dispatch News, LLC**                     Case number (if known)    A17-00285 GS

---

| Part 2: | **Additional Page** |
|---------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Ashley Adams**

**540 L Street, STE 502**

**Anchorage**            **AK**    **99501**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

| 3.18 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Bangerter Creative**

**12110 Business Blvd**

**STE 6 PMG 406**

**Eagle River**            **AK**    **99577**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,172.50

---

| 3.19 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Berkshire Hathaway Homestate Co.**

**PO Box 844501**

**Los Angeles**            **CA**    **90084-4501**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,733.68

---

| 3.20 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Bethany Goodrich**

**500 Lincoln Street Unit B7**

**Sitka**            **AK**    **99835**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $30,086.81 |
|---|---|---|---|

**Birch Horton Bittner & Cherot**

**510 L Street Suite 700**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Anchorage          AK     99501-1959**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | | $150.00 |
|---|---|---|---|

**Bjorn D. Olson**

**PO Box 237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Homer          AK     99603**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $3,900.00 |
|---|---|---|---|

**Boostability Corp.**

**2600 W Executive Pkwy Ste 200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lehi          UT     84043**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $118.96 |
|---|---|---|---|

**Boot Country**

**7901 Old Seward Highway**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Anchorage          AK     99518**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Alaska Dispatch News, LLC**                    Case number (if known)    **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
|------|---|

**Carlile Transportation Systems Inc.**

**PO Box 84048**

**Seattle**                    **WA**    **98124-8448**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$179.13

---

| 3.26 | Nonpriority creditor's name and mailing address |
|------|---|

**Catalyst Paper Corp**

**75 Remittance Dr**

**STE 6022**

**Chicago**                    **IL**    **60674**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$51,307.56

---

| 3.27 | Nonpriority creditor's name and mailing address |
|------|---|

**CDW LLC**

**300 N Milwaukee Ave**

**Vernon Hills**                    **IL**    **60061**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$3,305.40

---

| 3.28 | Nonpriority creditor's name and mailing address |
|------|---|

**Centro Inc.**

**Dept CH 10762**

**Palintine**                    **IL**    **60055-0762**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$52,736.51

---

Debtor  **Alaska Dispatch News, LLC**  Case number (if known)  **A17-00285 GS**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.  | Amount of claim

**3.29**  Nonpriority creditor's name and mailing address

**CENVEO**

**PO Box 31001-1187**

**Pasadena**  **CA**  **91110-1187**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$29.70**

**3.30**  Nonpriority creditor's name and mailing address

**Charles Wohlforth**

**3201 Shuttle Circle**

**Anchorage**  **AK**  **99517**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$90.00**

**3.31**  Nonpriority creditor's name and mailing address

**Chartbeat Inc.**

**826 Broadway 6 Fl**

**New York**  **NY**  **19993**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,666.66**

**3.32**  Nonpriority creditor's name and mailing address

**ChicoCallCenter**

**Impact Marketing**

**PO Box 8684**

**Chico**  **CA**  **95927-8684**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,658.00**

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 |
|---|---|---|---|

**Christine Cunningham**

**PO Box 2652**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Kenai**    **AK**    **99611**    **Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.79 |
|---|---|---|---|

**Chugach Electric**

**PO Box 196300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Anchorage**    **AK**    **99519**    **Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |
|---|---|---|---|

**Cinthia Ritchie**

**3602 Arkansas Dr.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Anchorage**    **AK**    **99517**    **Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,793.75 |
|---|---|---|---|

**Circulation Technicians**

**459 N Gilbery Rd**

**STE 8100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Gilbert**    **AZ**    **85234**    **Services/Supplies**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    A17-00285 GS

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.37 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Civil Co.**

**3115 NE Sandy Blvd. #224**

_____

| Portland | OR | 97232 |

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,500.00**

---

| 3.38 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Clark Bryan Fair**

**PO Box 2773**

_____

| Homer | AK | 99603 |

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$550.00**

---

| 3.39 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Continental Bag Professional Image**

**1900 West Boulevard Street**

_____

| Mexico | MO | 65265-1016 |

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,809.50**

---

| 3.40 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Continuous Printing of AK**

**PO Box 100760**

_____

| Anchorage | AK | 99510 |

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$400.00**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Cornerstone Credit Services**

**PO Box 92090**

**Anchorage           AK      99509**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$58.30**

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Coul Productions LLC**

**4482 Casino Dr.**

**Yorba Linda           CA      92886**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,250.00**

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**Creators Syndicate Inc.**

**737 3rd Street**

**Hermosa Beach           CA      90254**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$128.80**

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**D. John McKay**

**117 E. Cook Ave.**

**Anchorage           AK      99501**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$43,776.65**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**David Allan James**

**3047 Ester Dome Road**

**Fairbanks**    AK    **99709**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$200.00**

---

| 3.46 | Nonpriority creditor's name and mailing address |
|---|---|

**Dermot Cole**

**827 Gold Mine Trail**

**Fairbanks**    AK    **99712**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$105.00**

---

| 3.47 | Nonpriority creditor's name and mailing address |
|---|---|

**Dexter Jackson**

**PO Box 200106**

**Anchorage**    AK    **99520**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$162.50**

---

| 3.48 | Nonpriority creditor's name and mailing address |
|---|---|

**Digital Direct Inc.**

**P.O. Box 111**

**Marysvilla**    CA    **95901-0111**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,967.69**

---

Debtor   **Alaska Dispatch News, LLC**                    Case number (if known)   **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 |
|---|---|---|---|

**Done Rite Cleaning**

**6440 Whispering Loop #B**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Anchorage**            **AK**   **99504**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,277.76 |
|---|---|---|---|

**Dow Jones & Co Inc**

**Wall St Jrnl or Barrons**

**PO Box 4137**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**New York**            **NY**   **10261-4137**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.17 |
|---|---|---|---|

**Doyle E. Woody**

**1650 Eastridge Drive**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Anchorage**            **AK**   **99501**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,817.34 |
|---|---|---|---|

**Eagle Web Press**

**PO Box 12008**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salem**            **OR**   **97309**

Basis for the claim:
**Services/Supplies**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.53**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$3,116.36**
*Check all that apply.*

**Edgil**    ☐ Contingent
**222 Rosewood Dr.**    ☐ Unliquidated
**STE 210**    ☐ Disputed

    **Basis for the claim:**
**Danvers**    **MA**    **01923**    **Services/Supplies**

Date or dates debt was incurred    **Is the claim subject to offset?**
    ☑ No
Last 4 digits of account number  __ __ __ __    ☐ Yes

---

**3.54**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$96.25**
*Check all that apply.*

**Ediwise**    ☐ Contingent
**2227 South Millway Suite 200**    ☐ Unliquidated
**Mississaugua ON L5L 3R6**    ☐ Disputed

    **Basis for the claim:**
    **Services/Supplies**

Date or dates debt was incurred    **Is the claim subject to offset?**
    ☑ No
Last 4 digits of account number  __ __ __ __    ☐ Yes

---

**3.55**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$179.12**
*Check all that apply.*

**Emily Rohrabaugh**    ☐ Contingent
**2612 Lord Baranof Dr**    ☐ Unliquidated
    ☐ Disputed

    **Basis for the claim:**
**Anchorage**    **AK**    **95517**    **Services/Supplies**

Date or dates debt was incurred    **Is the claim subject to offset?**
    ☑ No
Last 4 digits of account number  __ __ __ __    ☐ Yes

---

**3.56**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$1,450.00**
*Check all that apply.*

**Enjoy the City North Inc.**    ☐ Contingent
**31 Front St**    ☐ Unliquidated
    ☐ Disputed

    **Basis for the claim:**
**Binghamton**    **NY**    **13095**    **Services/Supplies**

Date or dates debt was incurred    **Is the claim subject to offset?**
    ☑ No
Last 4 digits of account number  __ __ __ __    ☐ Yes

---

Debtor    **Alaska Dispatch News, LLC**                          Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57**    Nonpriority creditor's name and mailing address

**Equifax Credit**

**PO Box 105835**

**Atlanta**                          **GA**      **30348-5835**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$354.00**

---

**3.58**    Nonpriority creditor's name and mailing address

**Eric E. Sain**

**9439 Agattu Circle**

**Eagle River**                    **AK**      **99577**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$55.13**

---

**3.59**    Nonpriority creditor's name and mailing address

**Erica Rogers**

**4511 Folker St #21A**

**Anchorage**                    **AK**      **99508**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$89.97**

---

**3.60**    Nonpriority creditor's name and mailing address

**Erik Hill**

**3433 Seppala Drive**

**Anchorage**                    **AK**      **99517**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33.02**

---

| Debtor | **Alaska Dispatch News, LLC** | Case number (if known) | **A17-00285 GS** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.61** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$68.95**

**Erin Austin**

**2200 Nash Circle**

**Basis for the claim:**
**Services/Supplies**

| **Anchorage** | **AK** | **99508** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __  __  __  __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.62** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$250.00**

**Erin K. Kirkland**

**3220 Evergreen Street**

**Basis for the claim:**
**Services/Supplies**

| **Anchorage** | **AK** | **99504** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __  __  __  __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.63** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$900.00**

**Erin McKittrick**

**PO Box 164**

**Basis for the claim:**
**Services/Supplies**

| **Seldovia** | **AK** | **99663** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __  __  __  __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.64** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$96.37**

**Evelyn Elliot-Perez**

**904 E 12th Ave Apt 4**

**Basis for the claim:**
**Services/Supplies**

| **Anchorage** | **AK** | **99501** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __  __  __  __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Alaska Dispatch News, LLC**   Case number (if known)   **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.65 | Nonpriority creditor's name and mailing address | | **$1,075.00** |

**Events Air Cargo**

**PO Box 61680**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fairbanks**          **AK**     **99706**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.66 | Nonpriority creditor's name and mailing address | | **$60.50** |

**Express Delivery Service Inc.**

**701 W 41st Ave Unit D**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Anchorage**          **AK**     **99503-6604**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.67 | Nonpriority creditor's name and mailing address | | **$443.96** |

**Federal Express Corporation**

**PO Box 94515**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Palatine**          **IL**     **60094-4515**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.68 | Nonpriority creditor's name and mailing address | | **$700.00** |

**Firefly Marketing Communications**

**4803 NW 57th Court**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kansas City**          **MO**     **64184-3771**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | | **$463.39** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Fleet One**
**MSC 30425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Nashville**    **TN**    **37241-5000**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.70 | Nonpriority creditor's name and mailing address | | **$6,818.76** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Flint Group**
**1455 Paysphere Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Chicago**    **IL**    **60674**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.71 | Nonpriority creditor's name and mailing address | | **$68,901.31** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Frontline Construction LLC**
**8608 Emerald St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Anchorage**    **AK**    **99502**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.72 | Nonpriority creditor's name and mailing address | | **$327.82** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Gary Curtis Kanakis**
**824 Brooks Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Soldotna**    **AK**    **99669**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Alaska Dispatch News, LLC**                Case number (if known)    **A17-00285 GS**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**GCI**

**2550 Denali Street Ste 1000**

**Anchorage**            **AK**    **99503**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$36,694.00**

---

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**GCI Communications Corp**

**PO Box 99001**

**Anchorage**            **AK**    **99509-9901**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$304,393.91**

---

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**Geoffrey Z. Kirsch**

**3009 Goodwin Rd**

**Juneau**            **AK**    **99807**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$200.00**

---

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**Getty Images (US) Inc.**

**PO Box 953604**

**St. Louis**            **MO**    **63195-3604**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,325.01**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$77.00** |
|---|---|---|---|

*Check all that apply.*

**Green Connection**

**804 East 15th Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Anchorage    AK    99501

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$300.00** |
|---|---|---|---|

*Check all that apply.*

**Heather V. Lende**

**PO Box 936**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Haines    AK    99827

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,413.64** |
|---|---|---|---|

*Check all that apply.*

**Innovative Systems Design**

**222 Bruswick Blvd**

**Ponte Claire, QC  H9R 1A6**

**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$95.12** |
|---|---|---|---|

*Check all that apply.*

**Jason Thane Curry**

**1510 Richardson Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Anchorage    AK    99504

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |
|---|---|

**Jerod C. Gunther**

**1003 Hoyt Street**

**Anchorage**          **AK      99508**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$203.82**

---

| 3.82 | Nonpriority creditor's name and mailing address |
|---|---|

**John Hancock Life Insurance**

**Company (USA)**

**PO Box 894764**

**Los Angeles**          **CA      90189-4764**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$33,300.00**

---

| 3.83 | Nonpriority creditor's name and mailing address |
|---|---|

**John Schandelmeier**

**HC 02 Box 7193**

**Gakona**          **AK      99586**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$50.00**

---

| 3.84 | Nonpriority creditor's name and mailing address |
|---|---|

**Joseph Robertia**

**PO Box 1244**

**Kasilof**          **AK      99610**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$250.00**

---

Debtor   **Alaska Dispatch News, LLC**                    Case number (if known)   **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.85**   Nonpriority creditor's name and mailing address

**Journal Graphics Inc.**

**2840 NW 35th**

_____

_____

**Portland**               **OR**   **97210**

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$36,480.36**

---

**3.86**   Nonpriority creditor's name and mailing address

**Kayla Anderson**

**6841 Weimer Rd #4**

_____

_____

**Anchorage**               **AK**   **99502**

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$162.50**

---

**3.87**   Nonpriority creditor's name and mailing address

**Kelsey Lindsey**

**300 W. 31st Ave**

_____

_____

**Anchorage**               **AK**   **99503**

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,160.68**

---

**3.88**   Nonpriority creditor's name and mailing address

**Kenneth Thistle**

**4177 Wilson St #1**

_____

_____

**Anchorage**               **AK**   **99503**

Date or dates debt was incurred        _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$22.12**

---

| Debtor | **Alaska Dispatch News, LLC** | Case number (if known) | **A17-00285 GS** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89**    Nonpriority creditor's name and mailing address

**Kids Across Parents Down LLC**

**4620 Ashford Drive**

**Matteson            IL        60443**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26.80**

---

**3.90**    Nonpriority creditor's name and mailing address

**King Features Syndicate**

**PO Box 90007**

**Prescott            AZ        86304-9007**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,085.46**

---

**3.91**    Nonpriority creditor's name and mailing address

**Legacy.com Inc.**

**820 Davis Street Ste 210**

**Evanston            IL        60201**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$370.04**

---

**3.92**    Nonpriority creditor's name and mailing address

**Legal Notice Org**

**9901 Belward Campus Dr. Suite 175**

**Rockville            MD        20850**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$150.00**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.93**    **Nonpriority creditor's name and mailing address**

**Lewis & Lewis Computer Store**

**405 E Fireweed St**

**Anchorage**        **AK**    **99503**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$322.50**

---

**3.94**    **Nonpriority creditor's name and mailing address**

**LexisNexis**

**PO Box 894166**

**Los Angeles**        **CA**    **90189-4166**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$682.00**

---

**3.95**    **Nonpriority creditor's name and mailing address**

**Liberty Mutual Insurance Company**

**175 Berkeley Street**

**Boston**        **MA**    **02116**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,227.75**

---

**3.96**    **Nonpriority creditor's name and mailing address**

**Lincoln National Life Insurance Co.**

**PO Box 0821**

**Carol Stream**        **IL**    **60132-0821**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,978.07**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.97**    Nonpriority creditor's name and mailing address

**Lisa K. Demer**

**PO Box 2462**

**Bethel**              **AK      99559**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$550.19**

---

**3.98**    Nonpriority creditor's name and mailing address

**LiveIntent Inc.**

**100 Church St. 7th FLoor**

**New York**              **NY      10007**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$500.00**

---

**3.99**    Nonpriority creditor's name and mailing address

**M&M Wiring Service Inc**

**11315 Totem Rd**

**Anchorage**              **AK      99516**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$491,219.55**

---

**3.100**    Nonpriority creditor's name and mailing address

**MailFinance**

**Dept. 3682**

**PO Box 123682**

**Dallas**              **TX      75312-3682**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,280.76**

---

Debtor   **Alaska Dispatch News, LLC**     Case number (if known)   **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.101**   Nonpriority creditor's name and mailing address

**Mary I. Young**

**8297 S Royal Lane**

**Wasilla**               **AK**   **99623-4964**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.102**   Nonpriority creditor's name and mailing address

**Mather Economics LLC**

**1215 Hightower Trail Bldg A-100**

**Atlanta**               **GA**   **30350**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

**3.103**   Nonpriority creditor's name and mailing address

**Meghan Mackey**

**11720 Business Blvd**

**STE 101**

**Eagle River**               **AK**   **99577**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$90.00**

---

**3.104**   Nonpriority creditor's name and mailing address

**Meyer Plastic LLC**

**1111 N 20th Avenue**

**Yakima**               **WA**   **98902**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,208.50**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| **3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$300.00** |
|---|---|---|---|

**Michael Engelhard**

**PO Box 80882**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fairbanks**                    **AK    99708**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$34.08** |
|---|---|---|---|

**Michele L. Bennett**

**PO Box 671996**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chugiak**                    **AK    99567-1996**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,474.60** |
|---|---|---|---|

**Millwood Transit**

**7810 E 32nd Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Anchorage**                    **AK    99504-4013**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$600.00** |
|---|---|---|---|

**Miscellaneous Advertising Refunds**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Alaska Dispatch News, LLC**                    Case number (if known)    **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$825.61** |
|---|---|---|---|

**Miscellaneous Subscriber Refund**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,938.96** |
|---|---|---|---|

**Monster Worldwide Inc.**

**PO Box 740889**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Los Angeles**          **CA**    **90074-0889**    **Services/Supplies**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56,516.30** |
|---|---|---|---|

**Municipality of Anchorage**

**PO Box 196040**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Anchorage**          **AK**    **99519-6050**    **Services/Supplies**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.60** |
|---|---|---|---|

**NACM Business Credit Services**

**PO Box 21966**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Seattle**          **WA**    **98111-3966**    **Services/Supplies**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Alaska Dispatch News, LLC**          Case number (if known)   **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.113 | **Nonpriority creditor's name and mailing address** |

**Nancy J. Lord**

**PO Box 558**

**Homer**                        **AK**    **99603**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$100.00**

---

| 3.114 | **Nonpriority creditor's name and mailing address** |

**NELA USA**

**610 Whitetail Blvd.**

**River Falls**                  **WI**    **54015**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,769.00**

---

| 3.115 | **Nonpriority creditor's name and mailing address** |

**New Neighbor Marketing**

**1885 Lexington Ave #6E**

**New York**                     **NY**    **10035-4784**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$141.20**

---

| 3.116 | **Nonpriority creditor's name and mailing address** |

**New York State Ins Fund**

**NYSIF Disability Benefits**

**15 Computer Drive West**

**Albany**                       **NY**    **12205-1609**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$60.00**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.117**    Nonpriority creditor's name and mailing address

**New York Times Syndicated Sales**

**PO Box 392054**

**Pittsburg**            **PA**    **15251-9054**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,606.88**

---

**3.118**    Nonpriority creditor's name and mailing address

**News Media Alliance**

**4401 N. Fairfax Dr**

**STE 300**

**Arlington**            **VA**    **22203**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,872.29**

---

**3.119**    Nonpriority creditor's name and mailing address

**Newscycle Solutions Inc.**

**7900 International Dr, 8th Fl**

**Bloomington**            **MN**    **55425**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$145,914.63**

---

**3.120**    Nonpriority creditor's name and mailing address

**Newspaper in Education Inst**

**Attn: Alexander Doug**

**3127 63rd Place**

**Cheverly**            **MD**    **20785**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$250.00**

---

Debtor    **Alaska Dispatch News, LLC**                    Case number (if known)    **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                          **Amount of claim**

---

**3.121**   **Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is:                    **$1,853.75**
                                                                           *Check all that apply.*

**Newspaper Subscription Service**                                          ☐ Contingent

**5555 Morningside Dr. Suite 202**                                         ☐ Unliquidated
                                                                           ☐ Disputed

                                                                           **Basis for the claim:**

**Houston**                          **TX**     **77005**                  **Services/Supplies**

Date or dates debt was incurred _____                           **Is the claim subject to offset?**
                                                                           ☒ No
Last 4 digits of account number ___ ___ ___ ___                            ☐ Yes

---

**3.122**   **Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is:                    **$26,544.93**
                                                                           *Check all that apply.*

**North Pacific Paper Corp**                                               ☐ Contingent

**Tax Dept CH1C28**                                                        ☐ Unliquidated

**PO Box 9777**                                                            ☐ Disputed

                                                                           **Basis for the claim:**

**Federal Way**                      **WA**     **98063-9777**             **Services/Supplies**

Date or dates debt was incurred _____                           **Is the claim subject to offset?**
                                                                           ☒ No
Last 4 digits of account number ___ ___ ___ ___                            ☐ Yes

---

**3.123**   **Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is:                    **$6,004.17**
                                                                           *Check all that apply.*

**Olive Software Inc.**                                                    ☐ Contingent

**3033 South Parker Rd**                                                   ☐ Unliquidated

**STE 502**                                                                ☐ Disputed

                                                                           **Basis for the claim:**

**Aurora**                           **CO**     **80014**                  **Services/Supplies**

Date or dates debt was incurred _____                           **Is the claim subject to offset?**
                                                                           ☒ No
Last 4 digits of account number ___ ___ ___ ___                            ☐ Yes

---

**3.124**   **Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is:                    **$600.00**
                                                                           *Check all that apply.*

**Online Publications**                                                    ☐ Contingent

**55 E Long Lake Rd**                                                      ☐ Unliquidated

**STE 416**                                                                ☐ Disputed

                                                                           **Basis for the claim:**

**Troy**                             **MI**     **48085**                  **Services/Supplies**

Date or dates debt was incurred _____                           **Is the claim subject to offset?**
                                                                           ☒ No
Last 4 digits of account number ___ ___ ___ ___                            ☐ Yes

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.125**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$5,643.00**
*Check all that apply.*

**Opti Staffing Group**    ☐ Contingent

**2550 Denali Street STE 715**    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Anchorage    AK    99503**    **Services/Supplies**

Date or dates debt was incurred    Is the claim subject to offset?
☑ No
Last 4 digits of account number    ☐ Yes

---

**3.126**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$106.62**
*Check all that apply.*

**Paul A. Veilleux**    ☐ Contingent

**3817 Sycamore Loop**    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Anchorage    AK    99504**    **Sales Taxes**

Date or dates debt was incurred    Is the claim subject to offset?
☑ No
Last 4 digits of account number    ☐ Yes

---

**3.127**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$151.87**
*Check all that apply.*

**PIP Printing**    ☐ Contingent

**833 East 4th Avenue**    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Anchorage    AK    99501**    **Services/Supplies**

Date or dates debt was incurred    Is the claim subject to offset?
☑ No
Last 4 digits of account number    ☐ Yes

---

**3.128**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    **$34,871.84**
*Check all that apply.*

**Ponderay Newsprint Co.**    ☐ Contingent

**PO Box 781933**    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Philadelphia    PA    19178-1933**    **Services/Supplies**

Date or dates debt was incurred    Is the claim subject to offset?
☑ No
Last 4 digits of account number    ☐ Yes

---

Debtor   **Alaska Dispatch News, LLC**          Case number (if known)   __A17-00285 GS__

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| 3.129 | **Nonpriority creditor's name and mailing address** | | **$262,556.99** |

**Premera Blue Cross**

**Attn: Payment Processing**

**PO Box 91060**

**Seattle**          **WA**   **98111**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.130 | **Nonpriority creditor's name and mailing address** | | **$260.00** |

**Quad Graphics Marketing LLC**

**N61 W23044 Harry s Way**

**Sussex**          **WI**   **53089**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.131 | **Nonpriority creditor's name and mailing address** | | **$6,639.00** |

**Quality Business Systems Inc.**

**PO Box 398160**

**San Francisco**          **CA**   **94139-8160**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.132 | **Nonpriority creditor's name and mailing address** | | **$9,107.24** |

**Rapid Action Mailing Service**

**3850 Aircraft Drive**

**Anchorage**          **AK**   **99502**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.133**    **Nonpriority creditor's name and mailing address**

**Rare Group Enterprises**

**4189 Santa Ana Street**

**Unit C**

**Ontario**    **CA**    **91761**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,005.36

---

**3.134**    **Nonpriority creditor's name and mailing address**

**Ravn Alaska**

**PO Box 201493**

**Anchorage**    **AK**    **99520**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,183.27

---

**3.135**    **Nonpriority creditor's name and mailing address**

**Red Wing Shoe Store**

**530 E Benson Blvd**

**Anchorage**    **AK**    **99503**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.00

---

**3.136**    **Nonpriority creditor's name and mailing address**

**Reed Brennan Media Association**

**628 Virginia Drive**

**Orlando**    **FL**    **32803**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,249.00

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.137**    Nonpriority creditor's name and mailing address

**Rita Gelino-Beguette**

**825 W Lookout Drive**

**Wasilla**                        **AK**        **99654-0269**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$140.00**

---

**3.138**    Nonpriority creditor's name and mailing address

**Roger P. Weinfurter**

**100 Showers Ave.**

**Anchorage, AK**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$10.00**

---

**3.139**    Nonpriority creditor's name and mailing address

**Rogoff, Alice**

**3806 North Point Circle**

**Anchorage**                        **AK**        **99502**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

2016 Promissory Note -  $8,187,281.00
2015 Promissory Note -  $4,574,379.55
2017 Net contributions- $3,857,435.28

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase Money**

Is the claim subject to offset?
☒ No
☐ Yes

**$16,619,095.90**

---

**3.140**    Nonpriority creditor's name and mailing address

**Rose Mason**

**4511 Folker St #21A**

**Anchorage**                        **AK**        **99508**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$128.77**

---

Debtor    **Alaska Dispatch News, LLC**     Case number (if known)   __A17-00285 GS__

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

---

**3.141**   Nonpriority creditor's name and mailing address

**Serena Joseph**

**1021 Hace St.**


**Anchorage**          **AK**    **99515**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$783.26**

---

**3.142**   Nonpriority creditor's name and mailing address

**Sizmek Technologies Inc.**

**500 W. 5th Street Suite 900**


**Austin**          **TX**    **78701**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$47.78**

---

**3.143**   Nonpriority creditor's name and mailing address

**Social News Desk Inc.**

**PO Boxc 919440**


**Orlando**          **FL**    **32891-9440**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,083.50**

---

**3.144**   Nonpriority creditor's name and mailing address

**Software Business Systems Inc.**

**7401 Metro Blvd Ste 550**


**Edina**          **MN**    **55439-2313**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,038.00**

---

Debtor    **Alaska Dispatch News, LLC**                    Case number (if known)    **A17-00285 GS**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      Amount of claim

| **3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,135.62** |

**Southern Lithoplate Inc**

**PO Box 741887**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta**                **GA**    **31374-1887**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,386.57** |

**Span Alaska Transportation Inc.**

**PO Box 101714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena**                **CA**    **91189-1714**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$400.00** |

**Steve Meyer**

**PO Box 2652**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kenai**                **AK**    **99611**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$244.11** |

**Steve Vasquez**

**1811 Lore Rd Apt 4**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Anchorage**                **AK**    **99507-2951**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| **3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$200.00** |
|---|---|---|---|

**Steven H Kahn**

**PO Box 236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

| Port Alsworth | AK | 99653 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$267.31** |
|---|---|---|---|

**Suburban Propane**

**PO Box 12068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

| Fresno | CA | 93776 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$46.42** |
|---|---|---|---|

**Suzanna Caldwell**

**2115 Dawson St #1**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

| Anchorage | AK | 99503 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$800.00** |
|---|---|---|---|

**Syncronex LLC**

**371 NE Gilman Blvd Ste 250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services/Supplies**

| Issaquah | WA | 98027 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    **A17-00285 GS**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.153** Nonpriority creditor's name and mailing address

**Tamara Dodds**

**PO Box 520905**

**Big Lake**    **AK**    **99652**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$232.35**

---

**3.154** Nonpriority creditor's name and mailing address

**Thomas Head & Greisen**

**1400 West Benson Blvd**

**STE 400**

**Anchorage**    **AK**    **99503**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,783.00**

---

**3.155** Nonpriority creditor's name and mailing address

**Thomson Reuters (Markets) LLC**

**PO Box 415983**

**Boston**    **MA**    **02241**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,700.00**

---

**3.156** Nonpriority creditor's name and mailing address

**Thunder Industries**

**530 Bush St #900**

**San Francisco**    **CA**    **94108**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$631.42**

---

Debtor   **Alaska Dispatch News, LLC**    Case number (if known)   **A17-00285 GS**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill or submit this page.

Amount of claim

---

**3.157** Nonpriority creditor's name and mailing address

**Tribune Content Agency LLC**

**15158 Collections Center Drive**

_____

**Chicago**              **IL**   **60693**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,801.36**

---

**3.158** Nonpriority creditor's name and mailing address

**Tribune Media Services LLC**

**dba Gracenote**

**PO Box 415106**

**Boston**              **MA**   **02241-5106**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$476.67**

---

**3.159** Nonpriority creditor's name and mailing address

**Trustees of Columbia U. In New York**

**615 W. 131st Street 3rd Floor**

_____

**New York**             **NY**   **10027**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

---

**3.160** Nonpriority creditor's name and mailing address

**TSI North America LLC**

**4728 171st Ave SE**

_____

**Bellevue**             **WA**   **98006**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,500.00**

---

Debtor    **Alaska Dispatch News, LLC**    Case number (if known)    A17-00285 GS

---

**Part 2:** | **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| 3.161 | Nonpriority creditor's name and mailing address |

**Tundra & Associates Inc.**

**PO Box 871354**

_____

**Wasilla**    **AK**    **99687**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$390.00**

---

| 3.162 | Nonpriority creditor's name and mailing address |

**United Feature Syndicate**

**Commerce Bank**

_____

**Kansas City**    **MO**    **64184-3771**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$651.74**

---

| 3.163 | Nonpriority creditor's name and mailing address |

**Universal U-Click**

**PO Box 843345**

_____

**Kansas City**    **MO**    **64184-3345**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,628.17**

---

| 3.164 | Nonpriority creditor's name and mailing address |

**Valley Transport & Storage**

**PO Box 1085**

_____

**Palmer**    **AK**    **99645**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.00**

---

Debtor   **Alaska Dispatch News, LLC**                     Case number (if known)   **A17-00285 GS**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,707.77 |

**Washington Post Writers Group**

**P O Box 75442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Baltimore**          **MD**     **21275-5442**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.45 |

**WGA Independent Contractors**

**PO Box 8**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Camp Hill**          **PA**     **17001-0008**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |

**William E. Sherwonit**

**2441 Tulik Drive**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Anchorage**          **AK**     **99517**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,620.00 |

**WP Company LLC**

**1301 K Street NW**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Washington**          **DC**     **20071**

**Basis for the claim:**
**Services/Supplies**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **Alaska Dispatch News, LLC**                              Case number (if known)    A17-00285 GS

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

                                                                    **Total of claim amounts**

5a.  **Total claims from Part 1**                    5a.  _____ **$14,100.00**

5b.  **Total claims from Part 2**                    5b. **+** _____ **$18,968,258.83**

5c.  **Total of Parts 1 and 2**                      5c.  _____ **$18,982,358.83**
     Lines 5a + 5b = 5c.

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name  **Alaska Dispatch News, LLC** |
| United States Bankruptcy Court for the: **DISTRICT OF ALASKA** |
| Case number  **A17-00285 GS**<br>(if known) |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/01/2017__              X /s/ Alice Rogoff
      MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 **Alice Rogoff**
                                 Printed name

                                 **Manager**
                                 Position or relationship to debtor

Domain names and ownership

| Name | Organization | Address |
|------|--------------|---------|
| 61AK.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ADN.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ADNSEARCH.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ADNSTORE.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKAUTOFINDER.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKCARFINDER.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKCARFINDER.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKCARFINDERS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKCLASSIFIEDADS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKDISPATCH.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKDISPATCH.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| akdispatch.news | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKDISPATCHNEWS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKDISPATCHNEWS.INFO | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKDISPATCHNEWS.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKDISPATCHNEWS.ORG | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKHOTJOBS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| AKLEGALS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKAAUTOMALLMAGAZINE.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKACLASSIFIEDS.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADAILYNEWS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADAILYNEWS.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADAILYNEWS.ORG | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADISPATCHNEWS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADISPATCHNEWS.INFO | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADISPATCHNEWS.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADISPATCHNEWS.ORG | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKAHOTJOBS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKALEGALS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKANEWSREADER.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKASHOPPER.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKAVISITORGUIDE.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKAVISITORSGUIDE.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGE.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGEDAILYNEWS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGEDAILYNEWS.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGEDAILYNEWS.ORG | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGEHOTJOBS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGELEGALS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGENEWS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGENEWS.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ANCHORAGENEWS.ORG | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| FAIRBANKSLEGALS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| HOTJOBSAK.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| HOTJOBSALASKA.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| IDITARODALASKA.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| IDITARODNEWS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| JUNEAULEGALS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUAUTOS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUCARS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUCLASSIFEDS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUJOBS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUVALLEYCLASSIFIED.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUVALLEYCLASSIFIEDS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUVALLEYHOMES.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| MATSUVALLEYJOBS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |

Domain names and ownership

| | | |
|---|---|---|
| MUSHING.NET | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| PLAYANCHORAGE.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| SIXTYONEAK.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| THEANCHORAGEDAILYNEWS.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| THEVOICEOFTHETIMES.COM | Alaska Dispatch News, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| | | |
| SHOWMEALASKA.NET | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ALASKADISPATCH.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| ALASKADISPATCH.INFO | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| ALASKADISPATCH.MOBI | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| ALASKADISPATCH.NET | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| ALASKADISPATCH.ORG | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| DISPATCHALASKA.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| pub.alaskadispatch.com | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| TALKOFTHETUNDRA.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| TALKOFTHETUNDRA.NET | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THEALASKABEAT.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THEALASKABEAT.NET | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THESALASKALIFE.ORG | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THETUNDRATELEGRAPH.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THETUNDRATELEGRAPH.NET | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THETUNDRATELEGRAPH.ORG | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THISAKLIFE.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THISALASKALIFE.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THISALASKALIFE.NET | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| THISALASKALIFE.ORG | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| TUNDRATELEGRAPH.COM | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| TUNDRATELEGRAPH.NET | Alaska Dispatch Publishing LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| alaskasummit.com | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ARCTICCIRCLEDAILY.COM | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ARCTICIMPERATIVENEWS.COM | Alaska Dispatch Publishing, LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| ARCTICNEWSWIRE.COM | Alaska Dispatch Publishing, LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| ARCTICNEWSWIRE.NET | Alaska Dispatch Publishing, LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| **arcticnow.com** | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| arcticnow.info | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| arcticnow.net | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| arcticnow.org | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| ARCTICWIRE.COM | Alaska Dispatch Publishing, LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| ARCTICWIRE.NET | Alaska Dispatch Publishing, LLC | 2301 Merrill Field Dr,, Anchorage Alaska 99501 US |
| NORTHERNLOVE.NET | Alaska Dispatch Publishing, LLC | 300 W. 31st Ave, Anchorage Alaska 99503 US |
| | | |
| ARCTICDISPATCH.COM | Domains By Proxy, LLC | N/A |
| ARCTICDISPATCH.NET | Domains By Proxy, LLC | N/A |
| ARCTICDISPATCH.ORG | Domains By Proxy, LLC | N/A |
| ADN.NEWS | None Listed | 1001 Northway Dr, Anchorage Alaska 99508 US |
| ALASKADISPATCH.NEWS | None Listed | 1001 Northway Dr, Anchorage Alaska 99508 US |
| ARCTICIMPERATIVE.COM | Registrar : Godaddy.com, LLC | N/A |
| ALASKADISPATCH.TV | Would not give results | N/A |
| ALASKADISPATCHNEWS.US | Would not give results | N/A |

**Fill in this information to identify the case:**

Debtor name        **Alaska Dispatch News, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ALASKA**

Case number
(if known)    **A17-00285 GS**

☑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

1. **Gross revenue from business**

    ☐ None

    **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

    | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
    |---|---|---|---|---|
    | **From the beginning of the fiscal year to filing date:** | From **01/01/2017** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$9,608,890.00** |
    | **For prior year:** | From **01/01/2016** to **12/31/2016**<br>MM / DD / YYYY        MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$22,873,252.00** |
    | **For the year before that:** | From **01/01/2015** to **12/31/2015**<br>MM / DD / YYYY        MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$22,279,992.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

    | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|---|
    | 3.1. | **See Attached Exhibit A**<br>Creditor's name | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
    | | Street<br>_____<br>_____<br>City            State    ZIP Code | | | |

Debtor   **Alaska Dispatch News, LLC**                                         Case number (if known)   **A17-00285 GS**
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached copy of Docket No. 87** | | | |
| Insider's name | | | |
| | | | |
| Street | | | |
| | | | |
| City                          State      ZIP Code | | | |
| **Relationship to debtor** | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:**   **Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Catalyst Paper USA Inc v. Anchorage Daily News Inc** | **Debt collection** <br> **Action stayed on 8/22/17** | **Alaska Superior Court at Anchorage** <br> Name <br> **825 W 4th Avenue** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **3AN-17-07431CI** | | **Anchorage          AK    99501** <br> City                State   ZIP Code | |
| 7.2.   **GCI NADC LLC v Alaska Dispatch News LLC et al.** | **Complaint for Eviction** | **Alaska Superior Court** <br> Name <br> **825 W 4th Avenue** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **3AN-17-08529 CI** | | **Anchorage          AK    99501** <br> City                State   ZIP Code | |

Debtor    **Alaska Dispatch News, LLC**
Name
Case number (if known)    **A17-00285 GS**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **M&M Wiring Service Inc v Arctic Partners LLC** | **Complaint for Foreclosure** | **Alaska Superior Court at Anchorage** <br> Name <br><br> **825 W 4th Avenue** <br> Street | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |

**Case number**

**3AN-17-07022 CI**

| | | |
|---|---|---|
| **Anchorage** | **AK** | **99501** |
| City | State | ZIP Code |

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Cabot Christianson, PC** | | **8/9/2017** | **$50,000.00** |

**Address**

**911 W 8th Avenue, Ste 201**
Street

| | | |
|---|---|---|
| **Anchorage** | **AK** | **99501** |
| City | State | ZIP Code |

**Email or website address**

**Who made the payment, if not debtor?**

**Alice Rogoff**

Debtor    **Alaska Dispatch News, LLC**                          Case number (if known)    **A17-00285 GS**
          Name

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the
debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or
financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this
statement.

☑ None

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained.
      **Customer, mailing, billing lists and information**

      Does the debtor have a privacy policy about that information?
      ☐ No.
      ☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or
other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
      ☑ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

---

Debtor     **Alaska Dispatch News, LLC**                          Case number (if known)    **A17-00285 GS**
           Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Debtor | Alaska Dispatch News, LLC | Case number (if known) | A17-00285 GS |
|---|---|---|---|
| | Name | | |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Provide details below.

**24.** Has the debtor notified any govermental unit of any release of hazardous material?

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26.** Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Thomas Head & Greisen PC** | | From | **2015** | To | **present** |
| | Name | | | | | |
| | **1400 W Benson Blvd., Ste 400** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Anchorage** | **AK** | **99503** | | | |
| | City | State | ZIP Code | | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1. | **Thomas Head & Greisen, PC** | | From | **2015** | To | **2015** |
| | Name | | | | | |
| | **1400 W Benson Blvd., Ste 400** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Anchorage** | **AK** | **99503** | | | |
| | City | State | ZIP Code | | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | **Thomas Head & Greisen, PC** | | |
| | Name | | |
| | **1400 W Benson Blvd., Ste 400** | | |
| | Street | | |
| | | | |
| | **Anchorage** | **AK** | **99503** |
| | City | State | ZIP Code |

Debtor    **Alaska Dispatch News, LLC**                     Case number (if known)    **A17-00285 GS**
          Name

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alice Rogoff | c/o Birch Horton Bittner Inc.<br>1127 Seventh Avenue<br>Anchorage, AK 99502 | Manager | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.    **See Attached copy of Docket No. 87**
          Name

          Street

          City                State   ZIP Code

          **Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **Alaska Dispatch News, LLC**                                    Case number (if known)    **A17-00285 GS**
          Name

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/01/2017**
              MM / DD / YYYY

X **/s/ Alice Rogoff**                                    Printed name    **Alice Rogoff**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

**ADN - Alaska Dispatch News**
**Checks Query**
**Run on: 08/26/2017 at  5:06 PM by ea02**

| Check No | Vendor | Vendor Name | Check Amount | Check Status | Post Status | Check Date | Trx Cal Period | Auto Deposit | Bank ID | Bank Acct No | Cancelled? | Date Cancelled | Recon No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015134 | 85 | 3150 C LLC | 51,609.17 | Posted | Posted | 05/25/2017 | 2017/05 | no | 10 | 1 | yes | 06/05/2017 | 605 |
| 1015553 | 85 | 3150 C LLC | 51,609.17 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 07/06/2017 | 623 |
| 1016000 | 85 | 3150 C LLC | 53,202.13 | Posted | Posted | 07/27/2017 | 2017/07 | no | 10 | 1 | yes | 08/10/2017 | 638 |
| 1015310 | 92 | AdPerfect Dynamic Advertising Inc | 5,350.00 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/19/2017 | 611 |
| 1015446 | 92 | AdPerfect Dynamic Advertising Inc | 5,350.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015447 | 3035232 | Air Land Transport Inc | 3,331.34 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015755 | 3035232 | Air Land Transport Inc | 3,845.94 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015794 | 3035232 | Air Land Transport Inc | 5,839.75 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015062 | 3035232 | Air Land Transport Inc | 10,127.65 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1015956 | 3035166 | Alaska Airlines | 1,208.04 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/27/2017 | 627 |
| 1015063 | 3035166 | Alaska Airlines | 1,742.43 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1015311 | 3035166 | Alaska Airlines | 1,839.10 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1016001 | 3035166 | Alaska Airlines | 2,761.32 | Posted | Posted | 07/27/2017 | 2017/07 | no | 10 | 1 | yes | 08/03/2017 | 633 |
| 1015448 | 3106925 | Alaska On Point Service | 1,350.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1015064 | 3106925 | Alaska On Point Service | 7,539.59 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1015689 | 554 | Alaska Survey Research | 3,000.00 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015065 | 3034879 | Alaska Waste | 2,811.93 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1016002 | 3034879 | Alaska Waste | 3,520.61 | Posted | Posted | 07/27/2017 | 2017/07 | no | 10 | 1 | yes | 08/03/2017 | 633 |
| 1015449 | 3034879 | Alaska Waste | 3,718.95 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015066 | 3113707 | Alliance for Audited Media | 4,521.25 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1015555 | 3035221 | Arctic Office Mach & Furn Co | 1,137.00 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015314 | 619 | Arctic Partners  LLC | 2,089.77 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015136 | 619 | Arctic Partners  LLC | 43,577.60 | Posted | Posted | 05/25/2017 | 2017/05 | no | 10 | 1 | yes | 06/05/2017 | 605 |
| 8868 | 281 | Arrow Marketing Group INC. | 1,034.00 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 8717 | 281 | Arrow Marketing Group INC. | 2,312.12 | Posted | Posted | 05/25/2017 | 2017/05 | yes | 10 | 1 | yes | 05/26/2017 | 597 |
| 8890 | 281 | Arrow Marketing Group INC. | 2,505.56 | Posted | Posted | 06/22/2017 | 2017/06 | yes | 10 | 1 | yes | 06/26/2017 | 613 |
| 9073 | 281 | Arrow Marketing Group INC. | 3,915.84 | Posted | Posted | 07/27/2017 | 2017/07 | yes | 10 | 1 | yes | 07/31/2017 | 628 |
| 8962 | 281 | Arrow Marketing Group INC. | 6,446.30 | Posted | Posted | 06/30/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 1015453 | 642 | ASR  LLC | 14,781.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015316 | 237 | Berkshire Hathaway Homestate Co. | 26,623.27 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015578 | 237 | Berkshire Hathaway Homestate Co. | 26,692.85 | Posted | Posted | 06/23/2017 | 2017/06 | no | 10 | 1 | yes | 07/03/2017 | 621 |
| 1015417 | 3095725 | Birch Horton Bittnew & Cherot | 13,237.50 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015795 | 3095725 | Birch Horton Bittnew & Cherot | 22,164.85 | Posted | Posted | 07/07/2017 | 2017/07 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1015928 | 3095725 | Birch Horton Bittnew & Cherot | 23,977.57 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015138 | 641 | Boostability Corp. | 1,300.00 | Posted | Posted | 05/25/2017 | 2017/05 | no | 10 | 1 | yes | 06/01/2017 | 602 |
| 1015454 | 641 | Boostability Corp. | 1,300.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/26/2017 | 613 |
| 9125 | ZAKR7476 | BRETT ZAKRZEWSKI | 1,325.12 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 8771 | WITZ992€ | BRIAN L WITZKE | 1,046.18 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 8853 | WITZ992€ | BRIAN L WITZKE | 1,063.14 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 8686 | WITZ992€ | BRIAN L WITZKE | 1,069.32 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 9034 | WITZ992€ | BRIAN L WITZKE | 1,130.80 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 8944 | WITZ992€ | BRIAN L WITZKE | 1,201.40 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 9122 | WITZ992€ | BRIAN L WITZKE | 1,818.51 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1016082 | WIEM958 | CANDACE L WIEMAN | 1,220.89 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/10/2017 | 638 |
| 8786 | 42 | Centro Inc. | 21,002.16 | Posted | Posted | 06/02/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |

Exhibit A
Page 1 of 6

**ADN - Alaska Dispatch News**
**Checks Query**
**Run on: 08/26/2017 at  5:06 PM by ea02**

| Check No | Vendor | Vendor Name | Check Amount | Check Status | Post Status | Check Date | Trx Cal Period | Auto Deposit | Bank ID | Bank Acct No | Cancelled? | Date Cancelled | Recon No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8869 | 42 | Centro Inc. | 27,562.89 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 9120 | WALS067 | CHANAY WALSH | 1,217.09 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 9104 | MCCO345 | CHARINA MCCOLLUM | 1,222.99 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015455 | 541 | Chartbeat  Inc. | 1,666.66 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1015456 | 292 | ChicoCallCenter | 7,649.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1016174 | 623 | Chugach Electric | 2,400.79 | Posted | Posted | 08/10/2017 | 2017/08 | no | 10 | 1 | yes | 08/17/2017 | 640 |
| 1015253 | 623 | Chugach Electric | 3,082.37 | Posted | Posted | 06/01/2017 | 2017/06 | no | 10 | 1 | yes | 06/08/2017 | 608 |
| 9089 | DUSU251 | CHUMROEN DUSUNTIA | 1,112.60 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 8870 | 3003192 | Circulation Technicians | 3,111.25 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 8699 | 426 | Coul Productions LLC | 2,500.00 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8977 | 426 | Coul Productions LLC | 5,000.00 | Posted | Posted | 07/06/2017 | 2017/07 | yes | 10 | 1 | yes | 07/10/2017 | 624 |
| 8800 | 426 | Coul Productions LLC | 7,566.22 | Posted | Posted | 06/08/2017 | 2017/06 | yes | 10 | 1 | yes | 06/12/2017 | 609 |
| 1016017 | BEAR491 | CRYSTAL BEARDSLEY | 1,361.40 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 8646 | DEAR737 | CYNTHIA DEARMORE | 1,320.00 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8730 | DEAR737 | CYNTHIA DEARMORE | 1,320.00 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 8814 | DEAR737 | CYNTHIA DEARMORE | 1,320.00 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 8904 | DEAR737 | CYNTHIA DEARMORE | 1,320.00 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 8992 | DEAR737 | CYNTHIA DEARMORE | 1,320.00 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 9085 | DEAR737 | CYNTHIA DEARMORE | 1,980.00 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015559 | 3000374 | Dow Jones and Co Inc | 1,249.38 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015915 | 3000374 | Dow Jones and Co Inc | 1,471.96 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015461 | 3000374 | Dow Jones and Co Inc | 3,257.22 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 8949 | ZARK664 | DREW D ZAKRZEWSKI | 1,224.46 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 8857 | ZARK664 | DREW D ZAKRZEWSKI | 1,235.36 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 9038 | ZARK664 | DREW D ZAKRZEWSKI | 1,235.61 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 9127 | ZARK664 | DREW D ZAKRZEWSKI | 1,845.54 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 9059 | 614 | Eagle Web Press | 6,846.56 | Posted | Posted | 07/20/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 8963 | 614 | Eagle Web Press | 23,770.84 | Posted | Posted | 06/30/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 8978 | 614 | Eagle Web Press | 24,199.00 | Posted | Posted | 07/06/2017 | 2017/07 | yes | 10 | 1 | yes | 07/10/2017 | 624 |
| 8891 | 614 | Eagle Web Press | 45,736.00 | Posted | Posted | 06/22/2017 | 2017/06 | yes | 10 | 1 | yes | 06/26/2017 | 613 |
| 8872 | 614 | Eagle Web Press | 101,543.63 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 1015462 | 30 | Edgil | 2,004.68 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015070 | 3034648 | Enstar Payment Processing | 1,548.10 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 8886 | 291 | Erica Martinson | 4,184.26 | Posted | Posted | 06/22/2017 | 2017/06 | yes | 10 | 1 | yes | 06/26/2017 | 613 |
| 1016066 | SEAU489 | FA AVAE SEAU | 1,001.02 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/10/2017 | 638 |
| 1015962 | 3034650 | Fleet One | 1,013.85 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/27/2017 | 627 |
| 1015467 | 3014174 | Flint Group | 1,817.13 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015693 | 3014174 | Flint Group | 5,077.60 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/06/2017 | 623 |
| 999012 | 3014174 | Flint Group | 10,260.36 | Posted | Posted | 07/12/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015770 | 3014174 | Flint Group | 12,638.60 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 999009 | 299 | Freisenbruch-Meyer Ins. Srv Limited | 35,400.00 | Posted | Posted | 06/16/2017 | 2017/06 | no | 10 | 1 | yes | 07/12/2017 | |
| 1015468 | 299 | Freisenbruch-Meyer Ins. Srv Limited | 35,400.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/16/2017 | |
| 1015796 | 299 | Freisenbruch-Meyer Ins. Srv Limited | 35,400.00 | Posted | Posted | 07/12/2017 | 2017/07 | no | 10 | 1 | yes | 07/31/2017 | 628 |
| 1015771 | 3035307 | GCI | 6,876.56 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015963 | 3035307 | GCI | 7,016.61 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/31/2017 | 628 |

**ADN - Alaska Dispatch News**
**Checks Query**
**Run on: 08/26/2017 at  5:06 PM by ea02**

| Check No | Vendor | Vendor Name | Check Amount | Check Status | Post Status | Check Date | Trx Cal Period | Auto Deposit | Bank ID | Bank Acct No | Cancelled? | Date Cancelled | Recon No |
|----------|--------|-------------|-------------:|--------------|-------------|------------|---------|------|------|------|------|----------------|----------|
| 1015560 | 3035307 | GCI | 7,338.00 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015695 | 3035307 | GCI | 21,831.09 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 8874 | 56 | GCI Communications Corp | 98,187.28 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 1015918 | 3120874 | GCSIT | 8,116.00 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015074 | 166 | Glacier Sign & Lighting  Inc. | 2,712.50 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 06/01/2017 | 602 |
| 9144 | GONZ667 | HELEN M GONZALES | 1,293.60 | Posted | Posted | 08/04/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 9078 | BAHR279 | HENRY R BAHR Jr | 1,517.50 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015469 | 3035195 | Horizon Lines | 12,698.19 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 8670 | MEYE654 | IN SUK MEYER | 1,367.28 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8836 | MEYE654 | IN SUK MEYER | 1,367.39 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 9018 | MEYE654 | IN SUK MEYER | 1,368.93 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 8928 | MEYE654 | IN SUK MEYER | 1,693.79 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 8753 | MEYE654 | IN SUK MEYER | 1,729.74 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 9106 | MEYE654 | IN SUK MEYER | 2,463.21 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015375 | MCCL993 | INGRID MCCLELAND | 1,511.86 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/19/2017 | 611 |
| 1015188 | MCCL993 | INGRID MCCLELAND | 1,784.39 | Posted | Posted | 06/01/2017 | 2017/06 | no | 10 | 1 | yes | 06/08/2017 | 608 |
| 1014995 | MCCL993 | INGRID MCCLELAND | 1,838.70 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/22/2017 | 595 |
| 1015076 | 3004108 | Innovative Systems Design | 1,231.61 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 06/08/2017 | 608 |
| 8682 | TANN058 | JAMES P TANNER | 1,038.22 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8720 | ARCH070 | JAMES W ARCHER | 1,369.74 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 8636 | ARCH070 | JAMES W ARCHER | 1,423.57 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8983 | ARCH070 | JAMES W ARCHER | 1,540.25 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 8894 | ARCH070 | JAMES W ARCHER | 1,579.65 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 8804 | ARCH070 | JAMES W ARCHER | 1,599.47 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 9076 | ARCH070 | JAMES W ARCHER | 2,419.40 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 9008 | INGA5241 | JERRY E INGALLS | 1,051.40 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 8919 | INGA5241 | JERRY E INGALLS | 1,085.30 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 8744 | INGA5241 | JERRY E INGALLS | 1,092.30 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 8661 | INGA5241 | JERRY E INGALLS | 1,143.05 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8827 | INGA5241 | JERRY E INGALLS | 1,344.75 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 9099 | INGA5241 | JERRY E INGALLS | 1,778.95 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1016086 | 711 | Joshua Corbett | 1,700.00 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/10/2017 | 638 |
| 8905 | DISH1479 | JULIE DISHAW | 1,016.42 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 8993 | DISH1479 | JULIE DISHAW | 1,200.58 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 9086 | DISH1479 | JULIE DISHAW | 1,760.78 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1016148 | 766 | Kelsey Lindsey | 1,160.68 | Posted | Posted | 08/10/2017 | 2017/08 | no | 10 | 1 | yes | 08/17/2017 | 640 |
| 1015773 | 3010346 | King Features Syndicate | 1,815.76 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1016019 | BOHL969 | LEAH BOHLARE | 1,112.14 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/10/2017 | 638 |
| 1015475 | 132 | Lewis & Lewis Computer Store | 1,205.03 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/26/2017 | 613 |
| 1015321 | 66 | Liberty Mutual Insurance | 8,842.25 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015322 | 529 | Lincoln National Life Insurance Co. | 7,081.18 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015775 | 529 | Lincoln National Life Insurance Co. | 7,215.21 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015077 | 7 | Lynden Transport Inc | 1,386.31 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1015979 | 0316785 | Marc J. Lester | 1,394.43 | Posted | Posted | 07/27/2017 | 2017/07 | no | 10 | 1 | yes | 08/03/2017 | 633 |
| 1015664 | 22 | Margy Johnson | 1,645.00 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/06/2017 | 623 |

Exhibit A
Page 3 of 6

**ADN - Alaska Dispatch News**
**Checks Query**
**Run on: 08/26/2017 at  5:06 PM by ea02**

| Check No | Vendor | Vendor Name | Check Amount | Check Status | Post Status | Check Date | Trx Cal Period | Auto Deposit | Bank ID | Bank Acct No | Cancelled? | Date Cancelled | Recon No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1016043 | ATON360 | MARK LAFAELE PETELO ATONIO | 1,324.69 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/04/2017 | |
| 8964 | YOUN275 | MARY I YOUNG | 1,503.24 | Posted | Posted | 07/06/2017 | 2017/07 | yes | 10 | 1 | yes | 07/10/2017 | 624 |
| 9124 | YOUN275 | MARY I YOUNG | 1,529.99 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015478 | 61 | Mather Economics LLC | 6,600.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015470 | 3035195 | Matson Navigation Co. Of Alaska | 8,367.75 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 8765 | STAE773: | MAUREEN STAEGE | 1,164.02 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 8680 | STAE773: | MAUREEN STAEGE | 1,179.52 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 9109 | PALM148 | MELINDA PALMER | 1,131.46 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1016073 | TACO066 | MICHAEL A TAVOLIERO | 1,013.33 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/10/2017 | 638 |
| 1016059 | RABO128 | MICHAEL C RABON | 1,060.44 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015191 | MILL5267 | MILLWOOD TRANSIT | 2,737.30 | Posted | Posted | 06/01/2017 | 2017/06 | no | 10 | 1 | yes | 06/05/2017 | 605 |
| 1015227 | MILL5267 | MILLWOOD TRANSIT | 2,737.30 | Posted | Posted | 06/01/2017 | 2017/06 | no | 10 | 1 | yes | 06/05/2017 | 605 |
| 1016116 | MILL5267 | MILLWOOD TRANSIT | 2,737.30 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 1014998 | MILL5267 | MILLWOOD TRANSIT | 5,474.60 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/22/2017 | 595 |
| 1015416 | MILL5267 | MILLWOOD TRANSIT | 5,474.60 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/19/2017 | 611 |
| 1015621 | MILL5267 | MILLWOOD TRANSIT | 5,474.60 | Posted | Posted | 06/29/2017 | 2017/07 | no | 10 | 1 | yes | 07/03/2017 | 621 |
| 1015836 | MILL5267 | MILLWOOD TRANSIT | 5,474.60 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1016050 | MILL5267 | MILLWOOD TRANSIT | 5,474.60 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015378 | MILL5267 | MILLWOOD TRANSIT | 8,211.90 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | |
| 1015079 | 60 | Monster Worldwide  Inc | 4,286.69 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1015479 | 60 | Monster Worldwide  Inc | 4,446.35 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015697 | 60 | Monster Worldwide  Inc | 4,477.09 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/06/2017 | 623 |
| 1015663 | 0366397 | Nathaniel Herz | 1,318.81 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1015112 | 0366397 | Nathaniel Herz | 1,551.97 | Posted | Posted | 05/25/2017 | 2017/05 | no | 10 | 1 | yes | 06/01/2017 | 602 |
| 1015566 | 3025697 | New York Times Syndicated Sales | 1,803.44 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 07/03/2017 | 621 |
| 1015966 | 3025697 | New York Times Syndicated Sales | 1,803.44 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/27/2017 | 627 |
| 1015327 | 3025697 | New York Times Syndicated Sales | 3,606.88 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015325 | 219 | News Media Alliance | 1,872.29 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015778 | 47 | NEWSCYCLE Solutions Inc | 2,748.00 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015485 | 47 | NEWSCYCLE Solutions Inc | 5,000.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015965 | 47 | NEWSCYCLE Solutions Inc | 6,498.00 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/27/2017 | 627 |
| 1015484 | 3018185 | Newspaper Subscription Service | 10,529.95 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015967 | 278 | NORPAC | 13,095.83 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/31/2017 | 628 |
| 1015921 | 278 | NORPAC | 23,517.31 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015486 | 278 | NORPAC | 24,480.84 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | |
| 999011 | 278 | North Pacific Paper Corp | 24,036.03 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/03/2017 | 621 |
| 999008 | 278 | North Pacific Paper Corp | 24,480.84 | Posted | Posted | 06/16/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 999010 | 278 | North Pacific Paper Corp | 27,135.02 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/26/2017 | 613 |
| 1015779 | 108 | Olive Software  Inc. | 2,232.64 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015082 | 108 | Olive Software  Inc. | 2,285.92 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/26/2017 | 597 |
| 1015686 | 461 | Opti Staffing Group | 1,368.00 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/06/2017 | 623 |
| 1015754 | 461 | Opti Staffing Group | 1,539.00 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015309 | 461 | Opti Staffing Group | 1,577.00 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015914 | 461 | Opti Staffing Group | 2,508.00 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015444 | 461 | Opti Staffing Group | 3,002.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |

**ADN - Alaska Dispatch News**
**Checks Query**
**Run on: 08/26/2017 at 5:06 PM by ea02**

| Check No | Vendor | Vendor Name | Check Amount | Check Status | Post Status | Check Date | Trx Cal Period | Auto Deposit | Bank ID | Bank Acct No | Cancelled? | Date Cancelled | Recon No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015133 | 461 | Opti Staffing Group | 3,695.50 | Posted | Posted | 05/25/2017 | 2017/05 | no | 10 | 1 | yes | 06/01/2017 | 602 |
| 1015329 | 107 | Parker Smith & Feek | 1,281.00 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/19/2017 | 611 |
| 1015308 | MISCARF | Patience Frederiksen | 1,066.11 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1016083 | WILL7414 | PAULA M WILLIAMS | 1,402.81 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015567 | 3001699 | PDI Plastics | 2,433.50 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015330 | 3001699 | PDI Plastics | 5,854.80 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015146 | 3034641 | Pioneer Plaza Partnership | 2,250.00 | Posted | Posted | 05/25/2017 | 2017/05 | no | 10 | 1 | yes | 06/01/2017 | 602 |
| 1015569 | 3034641 | Pioneer Plaza Partnership | 2,250.00 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1016009 | 3034641 | Pioneer Plaza Partnership | 2,250.00 | Posted | Posted | 07/27/2017 | 2017/07 | no | 10 | 1 | yes | 08/03/2017 | 633 |
| 1015280 | 28 | Postal Solutions | 2,095.00 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1016119 | 251 | Premera Blue Cross | 100,000.00 | Posted | Posted | 08/08/2017 | 2017/08 | no | 10 | 1 | yes | 08/14/2017 | 639 |
| 1015490 | 251 | Premera Blue Cross | 128,870.94 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/26/2017 | 613 |
| 1015257 | 251 | Premera Blue Cross | 131,013.99 | Posted | Posted | 06/02/2017 | 2017/06 | no | 10 | 1 | yes | 06/12/2017 | 609 |
| 1015085 | 3116537 | Quality Business Systems Inc | 2,213.00 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |
| 1015332 | 3116537 | Quality Business Systems Inc | 2,213.00 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015782 | 3116537 | Quality Business Systems Inc | 2,213.00 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015700 | 574 | R&M Consultants  Inc. | 3,660.96 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1015922 | 574 | R&M Consultants  Inc. | 5,002.48 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015491 | 3096608 | Rapid Action Mailing Service | 7,487.54 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 9091 | EDER142 | REBECCA EDER | 1,553.50 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 9115 | SAAR304 | ROBERT D SAARI | 1,006.90 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 8712 | 0316891 | Robert Hallinen | 1,372.22 | Posted | Posted | 05/25/2017 | 2017/05 | yes | 10 | 1 | yes | 05/26/2017 | 597 |
| 9074 | ALLG238 | ROBIN M ALLGYER | 1,032.18 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 8981 | ALLG238 | ROBIN M ALLGYER | 1,086.80 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 8634 | ALLG238 | ROBIN M ALLGYER | 1,112.80 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8802 | ALLG238 | ROBIN M ALLGYER | 1,206.80 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 8718 | ALLG238 | ROBIN M ALLGYER | 1,288.02 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 9090 | EAKE524 | RODNEY EAKEN | 1,114.22 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 8684 | TRUD926 | RODNEY TRUDELL | 2,813.14 | Posted | Posted | 05/18/2017 | 2017/05 | yes | 10 | 1 | yes | 05/22/2017 | 595 |
| 8769 | TRUD926 | RODNEY TRUDELL | 2,813.14 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 8851 | TRUD926 | RODNEY TRUDELL | 2,813.14 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 8941 | TRUD926 | RODNEY TRUDELL | 2,813.14 | Posted | Posted | 06/29/2017 | 2017/07 | yes | 10 | 1 | yes | 07/03/2017 | 621 |
| 9031 | TRUD926 | RODNEY TRUDELL | 2,813.14 | Posted | Posted | 07/13/2017 | 2017/07 | yes | 10 | 1 | yes | 07/24/2017 | 626 |
| 9119 | TRUD926 | RODNEY TRUDELL | 4,219.71 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 8721 | AVEL770 | ROGELIO AVELINO | 1,000.94 | Posted | Posted | 06/01/2017 | 2017/06 | yes | 10 | 1 | yes | 06/05/2017 | 605 |
| 9077 | AVEL770 | ROGELIO AVELINO | 1,030.94 | Posted | Posted | 08/03/2017 | 2017/08 | yes | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015969 | 3034843 | Royal Printing | 2,197.19 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/27/2017 | 627 |
| 1015333 | 3034843 | Royal Printing | 3,383.38 | Posted | Posted | 06/08/2017 | 2017/06 | no | 10 | 1 | yes | 06/15/2017 | 610 |
| 1015701 | 3034843 | Royal Printing | 8,404.60 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/06/2017 | 623 |
| 1015492 | 3034843 | Royal Printing | 9,491.92 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1016042 | KUEH829 | RUSTY KUEHL | 1,396.86 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015493 | 45 | SADA Systems Inc | 10,800.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015604 | INTE2420 | SCOTT INTEREST | 1,326.23 | Posted | Posted | 06/29/2017 | 2017/07 | no | 10 | 1 | yes | 07/06/2017 | 623 |
| 1015178 | INTE2420 | SCOTT INTEREST | 1,348.47 | Posted | Posted | 06/01/2017 | 2017/06 | no | 10 | 1 | yes | 06/08/2017 | 608 |
| 1014984 | INTE2420 | SCOTT INTEREST | 1,353.75 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/25/2017 | 596 |

Exhibit A

**ADN - Alaska Dispatch News**
**Checks Query**
**Run on: 08/26/2017 at  5:06 PM by ea02**

| Check No | Vendor | Vendor Name | Check Amount | Check Status | Post Status | Check Date | Trx Cal Period | Auto Deposit | Bank ID | Bank Acct No | Cancelled? | Date Cancelled | Recon No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015366 | INTE2420 | SCOTT INTEREST | 1,394.37 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015819 | INTE2420 | SCOTT INTEREST | 1,399.41 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1016036 | INTE2420 | SCOTT INTEREST | 2,006.23 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/10/2017 | 638 |
| 1015783 | 3063548 | Second Street Media | 1,012.50 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015494 | 409 | Social News Desk  Inc | 1,389.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015088 | 3126326 | Software Business Systems  Inc | 1,519.00 | Posted | Posted | 05/18/2017 | 2017/05 | no | 10 | 1 | yes | 05/26/2017 | 597 |
| 1015702 | 3126326 | Software Business Systems  Inc | 1,519.00 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1015703 | 3001032 | Southern Lithoplate Incl | 7,070.00 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/06/2017 | 623 |
| 1015495 | 3001032 | Southern Lithoplate Incl | 7,185.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015785 | 3034588 | Span Alaska Transportation Inc | 2,954.09 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015704 | 3034588 | Span Alaska Transportation Inc | 3,881.11 | Posted | Posted | 06/30/2017 | 2017/07 | no | 10 | 1 | yes | 07/10/2017 | 624 |
| 1015574 | 3034588 | Span Alaska Transportation Inc | 6,538.57 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015923 | 3034588 | Span Alaska Transportation Inc | 14,030.03 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015496 | 3034588 | Span Alaska Transportation Inc | 25,131.73 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015576 | 29 | Thomas  Head  & Greisen PC | 1,600.00 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1015924 | 29 | Thomas  Head  & Greisen PC | 10,042.00 | Posted | Posted | 07/13/2017 | 2017/07 | no | 10 | 1 | yes | 07/24/2017 | 626 |
| 1015499 | 29 | Thomas  Head  & Greisen PC | 11,043.92 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015500 | 550 | Thomson Reuters (Markets) LLC | 20,907.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 8979 | 538 | Thunder Industries | 1,729.34 | Posted | Posted | 07/06/2017 | 2017/07 | yes | 10 | 1 | yes | 07/10/2017 | 624 |
| 8875 | 538 | Thunder Industries | 2,523.85 | Posted | Posted | 06/15/2017 | 2017/06 | yes | 10 | 1 | yes | 06/19/2017 | 611 |
| 1016040 | KIPP8753 | TIMOTHY KIPPI | 1,097.75 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 1015501 | 3118917 | Tribune Content Agency LLC | 2,400.68 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015786 | 3118917 | Tribune Content Agency LLC | 2,400.68 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015970 | 3118917 | Tribune Content Agency LLC | 2,400.68 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/27/2017 | 627 |
| 1015502 | 33 | Tribune Media Services LLC | 1,861.60 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015789 | 3081317 | Universal U-Click | 2,628.17 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015972 | 3081317 | Universal U-Click | 2,628.17 | Posted | Posted | 07/20/2017 | 2017/07 | no | 10 | 1 | yes | 07/27/2017 | 627 |
| 1015504 | 3081317 | Universal U-Click | 5,256.34 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1016045 | LIUF3854 | VAU S LIUFAU | 1,010.10 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/07/2017 | 637 |
| 1016012 | 104 | Vision Service Plan (AT) | 1,490.72 | Posted | Posted | 07/27/2017 | 2017/07 | no | 10 | 1 | yes | 08/03/2017 | 633 |
| 1015148 | 104 | Vision Service Plan (AT) | 1,543.32 | Posted | Posted | 05/25/2017 | 2017/05 | no | 10 | 1 | yes | 06/01/2017 | 602 |
| 1015791 | 104 | Vision Service Plan (AT) | 1,591.02 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015792 | 3021527 | Washington Post Writers Group | 1,041.45 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015506 | 3021527 | Washington Post Writers Group | 1,666.32 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/22/2017 | 612 |
| 1015793 | 457 | WP Company LLC | 4,060.00 | Posted | Posted | 07/06/2017 | 2017/07 | no | 10 | 1 | yes | 07/13/2017 | 625 |
| 1015507 | 457 | WP Company LLC | 4,560.00 | Posted | Posted | 06/15/2017 | 2017/06 | no | 10 | 1 | yes | 06/26/2017 | 613 |
| 1015577 | 457 | WP Company LLC | 4,560.00 | Posted | Posted | 06/22/2017 | 2017/06 | no | 10 | 1 | yes | 06/29/2017 | 618 |
| 1016032 | HENR843 | WYMAN A HENRY | 1,358.70 | Posted | Posted | 08/03/2017 | 2017/08 | no | 10 | 1 | yes | 08/10/2017 | 638 |

Exhibit A
Page 6 of 6

Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016
cabot@cclawyers.net

Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALASKA DISPATCH NEWS, LLC, | ) | **Case No.: 17-00285 GS** |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS

Alaska Dispatch News, LLC ("Debtor" or "ADN") supplements the Statement of

Financial Affairs, Docket 85, by responding, as set forth in the attachment, to questions 4

and 30 concerning payments to insiders.

Dated September 7, 2017.

LAW OFFICES OF CABOT CHRISTIANSON, PC
Attorneys for Debtor


By:      /s/ Cabot Christianson
        Cabot Christianson

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on September 7, 2017, a correct copy of this application was served
by electronic means through the ECF system as indicated on the Notice of Electronic filing.
By:   /s/ Cabot Christianson
        Cabot Christianson

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

To:     Cabot Christinson

From:   John Letourneau

Date:   September 6, 2017

Re:     Ak Publishing, LLC as nominee for A.D.N. LLC flow of funds

I spoke with Erin on September 1st and believe that I have an understanding of what the activity in the various bank accounts used in connection with the operation of A.D.N. would be.

Erin was not employed by A.D.N. when the account structure was established, and is not privy to all the history on how the structure came to be.

As we have discussed the accounts in the name of AK Publishing have been used as nominee accounts for A.D.N., LLC.

**WF Accounts under the name Anchorage Daily News**

**WF 2004 – Depository**

Receipts for this account are

- Wire transfers from Alice Rogoff
- ACH Payments from Customers via cash lock box

**WF 2096 – Credit Card**

This account has very little if any activity at the present time. It was originally set up to receive credit card payments.

**WF 9576 – CAPPS – Postage Clearing**

This account is disburses money for postage. It receives money via transfers from WF 5143 – Ak Publishing General.

The postage disbursements could be $800,000 in a year

**WF Accounts under the name Ak Publishing, LLC dba Ak Dispatch Services, LLC**

**WF 0934 – Payroll**

This account receives funds from WF 5143. The disbursements are for payroll via ACH

**WF 5150 -  A/P**

This account receives funds from WF 5143. The disbursements are for A/P

**WF 5143 - General**

This account receives funds from:

- Transfers from Northrim
- Transfers from WF 2004 – Depository

Page **1** of **2**

Exhibit A
Page 1 of 2

- Receipts from Paypal

This account is used for all disbursements apart for:

- Northrim Note payments
- Non – WF Company Credit Card Payments to:
    - Bank of America (used by A. Rogoff)
    - AMEX – (Used by M. Johnson)

Disbursements from this account include:

- Transfers to WF 0934-Payroll
- Transfers to WF 5150 – A/P
- Wells Fargo Company Credit Card Payments

### NR Accounts under the name Ak Publishing, LLC

### NR 5908 – Business Checking

Receipts are

- via checks are deposited in this account.
- Wire Transfers from WF 5143 to fund NorthRim interest payments

Disbursements are made

- via wire transfer to WF 5143 – General
- to pay Credit Cards for
    - Alice R. (Bank of America)
    - Margy J. (AMEX)
- To pay NorthRim loan interest

### NR 5072 – Credit Card

Receipts via credit cards are deposited in this account.

Disbursements are made via wire transfer to WF 5143 - General

### NR 5080 – Depository

Erin has no access to this account.

Exhibit A
Page 2 of 2

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule        4.Summary
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:    8/11/2017
Summary of transfers between related parties, (excluding nominee transfers between A.D.N. and Ak Publishing)

| | Schedule | Received From A. Rogoff | Repayments to A. Rogoff | Payments for the benefit of Ak Publishing, LLC | Loans to Alaska Dispatch Publishing, LLC | Payments for the benefit of A. Rogoff | Totals |
|---|---|---|---|---|---|---|---|
| Deposited to WF 3782-2004 | 4.WF-2004 | 7,373,000 | | | | | 7,373,000 |
| Deposited to WF 3793-105143 | 4.NR-RP | 203,975 | | | | | 203,975 |
| Disbursements from WF 3793-105143 | 4.NR-RP | | (260,795) | | | | (262,495) |
| Disbursements from WF 3793-105150 | 4.NR-RP | | | (13,023) | | | (13,023) |
| Disbursements from NR 7102-125908 | 4.NR-RP | | | | | (579,082) | (579,082) |
| Total Receipts from A. Rogoff | | 7,576,975 | | | | | |
| Disbursements for benefit of related parties | | | (260,795) | (13,023) | (1,700) | (579,082) | |
| Net receipts from related parties | | | | | | | 6,722,375 |

Exhibit B
Page 1 of 1

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule     4.WF-2004
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:     8/11/2017
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

| Bank | Account | Company | Account Type | Account Number | | Note | Receipts from accounts in name of Ak Publishing | Received from Accounts in name of A.D.N. | Transfer to account in name of Ak Publishing | Transfer to account in name of A.D.N. | Received From A. Rogoff | A.D.N. Revenue | Disbursements for A.D.N. | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WF | 2004 | ADN | Depository | 37822004 | | | | | | | | | | |
| | | | | | Revenue | 1 | | | | | | 3,512,059 | | |
| | | | | | Received from A. Rogoff | 2 | | | | | 7,373,000 | | | |
| | | | | | Fees | 5 | | | | | | | (53,297) | |
| | | | | | ACH Returns | 6 | | | | | | | (3,805) | |
| | | | | | Transfers to General Account | 7 | | | | (9,643,000) | | | | |
| WF | 0966 | ADN | Credit Card | 37820966 | | | | | | | | | | |
| WF | 9576 | ADN | CAPPS - postage clearing | 640-2639576 | | 3 | | | | | | | (1,126,159) | |
| | | | | | | 4 | 1,126,159 | | | | | | | |
| WF | 0934 | AK Publishing | Payroll | 3793140934 | | | | | | | | | | |
| WF | 5150 | AK Publishing | AP | 3793105150 | | | | | | | | | | |
| WF | 5143 | AK Publishing | General | 3793105143 | | | | | | | | | | |
| | | | | | | 7 | | 9,643,000 | | | | | | |
| | | | | | | 4 | | | | (1,126,159) | | | | |
| NR | 5908 | AK Publishing | Business Checking | 7102125908 | | | | | | | | | | |
| NR | 5072 | AK Publishing | Credit Card | 7102125072 | | | | | | | | | | |
| NR | 5080 | AK Publishing | Depository | 7102125080 | | | | | | | | | | |
| | | | Net Revenue in excess of expenditures A.D.N. named accounts | | | | | | | | | 3,512,059 | (1,183,262) | 2,328,797 |
| | | | Received from A.Rogoff in A.D.N. accounts | | | | | | | | 7,373,000 | | | 7,373,000 |
| | | | Subtotal | | | | | | | | | | | 9,701,797 |
| | | | Transfers to Ak Publishing General account | | | | | | | (9,643,000) | | | | (9,643,000) |
| | | | Change in A.D.N. depository account balance this period | | | | | | | | | | | 58,797 |

| Note | 1 | Revenue deposited into A.D.N. Depository Account |
|---|---|---|
| Note | 2 | Cash transferred to A.D.N. account by A.Rogoff |
| Note | 3 | Disbursements for postage from A.D.N. postage clearing account |
| Note | 4 | Transfers from A/P account in name of Ak Publishing for postage clearing account in name of A.D.N. |
| Note | 5 | Fees from A.D.N. Depository account |
| Note | 6 | A.C.H. Returns posted to A.D.N. depository account |
| Note | 7 | Disbursement from account in name of A.D.N. to account in name of Ak Publishing |

https://portal.thgcpa.com/docitwebportal/SecureCode/WebPortalNew.aspx

Exhibit C
Page 1 of 20
1/20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                    4.WF-2004    1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:                8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

<div style="background:#7a0000;color:#fff;text-align:center;padding:4px;">
ADN - Alaska Dispatch News<br>
Detailed Distribution History Query<br>
Run on: 09/01/2017 at 5:22 PM by ea02
<br><br>
Main Account: 00001   Entity: 100000 ADN WF Depository<br>
Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20
</div>

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ZBA BALANCE ACCOUNT TRANSFE | 2016/08 | (20,451.74) | Cash Transactions | 08/23/2016 | BBTF | as | 5249 | P8 00009 WF CAPPS Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/08 | (84.42) | Cash Transactions | 08/12/2016 | BBTF | as | 5249 | P8 00009 WF CAPPS Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/08 | (54.82) | Cash Transactions | 08/26/2016 | BBTF | as | 5249 | P8 00009 WF CAPPS Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/08 | (113.20) | Cash Transactions | 08/24/2016 | BBTF | as | 5249 | P8 00009 WF CAPPS Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/08 | (138.16) | Cash Transactions | 08/17/2016 | BBTF | as | 5249 | P8 00009 WF CAPPS Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/08 | (16,299.99) | Cash Transactions | 08/16/2016 | BBTF | as | 5249 | P8 00009 WF CAPPS Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/08 | (40,000.00) | Cash Transactions | 08/18/2016 | BBTF | as | 5258 | P8 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/08 | (30,000.00) | Cash Transactions | 08/25/2016 | BBTF | as | 5258 | P8 00200 Cash Transfers |
| CR s 00001 Aug 15 - Aug 18 | 2016/08 | 52,109.47 | Cash Transactions | 08/18/2016 | BBCT | as | 5214 | P8 00001 Cash Receipts |
| CR s 00001 Aug 8 - Aug 12 | 2016/08 | 52,233.22 | Cash Transactions | 08/12/2016 | BBCT | as | 5214 | P8 00001 Cash Receipts |
| CR s 00001 Aug 22 - Aug 26 | 2016/08 | 114,762.89 | Cash Transactions | 08/26/2016 | BBCT | as | 5214 | P8 00001 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2016/08 | (41.20) | Cash Transactions | 08/24/2016 | BBCT | as | 5262 | P8 00001 Cash Transactions |
| Transfer from another WF accou | 2016/08 | 465,000.00 | Cash Transactions | 08/25/2016 | BBCT | as | 5262 | P8 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/08 | (155.60) | Cash Transactions | 08/25/2016 | BBCT | as | 5262 | P8 00001 Cash Transactions |
| ONLINE TRANSFER TRANSFER REF | 2016/09 | (140,000.00) | Cash Transactions | 09/09/2016 | BBTF | as | 5410 | P9 00200 Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/09 | (100,000.00) | Cash Transactions | 09/22/2016 | BBTF | as | 5410 | P9 00200 Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/09 | (465,000.00) | Cash Transactions | 08/29/2016 | BBTF | as | 5410 | P9 00200 Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/09 | (35,000.00) | Cash Transactions | 09/01/2016 | BBTF | as | 5410 | P9 00200 Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/09 | (50,000.00) | Cash Transactions | 09/08/2016 | BBTF | as | 5410 | P9 00200 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (1.71) | Cash Transactions | 08/29/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (34,212.86) | Cash Transactions | 08/30/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (28.75) | Cash Transactions | 09/21/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (14,843.85) | Cash Transactions | 08/31/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (82.51) | Cash Transactions | 09/02/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (68.30) | Cash Transactions | 09/16/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (26,735.44) | Cash Transactions | 09/20/2016 | BBTF | as | 5398 | P9 00009 Transfers |

Page 1 of 19

Exhibit C
Page 2 of 20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                    4.WF-2004    1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:                8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

<div style="background-color:#7a0000;color:white;text-align:center">

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at  5:22 PM by ea02**

**Main Account: 00001  Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

</div>

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (25,245.51) | Cash Transactions | 09/13/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (8,139.39) | Cash Transactions | 09/14/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (171.93) | Cash Transactions | 09/23/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (24,246.95) | Cash Transactions | 09/07/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/09 | (169.68) | Cash Transactions | 09/09/2016 | BBTF | as | 5398 | P9 00009 Transfers |
| ACH ORIGINATION - | 2016/09 | 97.50 | Cash Transactions | 09/01/2016 | BBTF | as | 5429 | P9 00001 transfers |
| ACH ORIGINATION - | 2016/09 | 153.50 | Cash Transactions | 09/01/2016 | BBTF | as | 5429 | P9 00001 transfers |
| ACH ORIGINATION - | 2016/09 | 176.50 | Cash Transactions | 09/01/2016 | BBTF | as | 5429 | P9 00001 transfers |
| AAFES VEN PAY 1503565901 | 2016/09 | 52.50 | Cash Transactions | 09/14/2016 | BBTF | as | 5429 | P9 00001 transfers |
| AAFES VEN PAY 1503570085 | 2016/09 | 45.00 | Cash Transactions | 09/21/2016 | BBTF | as | 5429 | P9 00001 transfers |
| CR s 00001 Sept 19 -Sept 23 | 2016/09 | 79,875.07 | Cash Transactions | 09/23/2016 | BBCT | as | 5400 | P9 00001 Cash Receipts |
| CR s 00001 Sept 12 - Sept 16 | 2016/09 | 74,282.17 | Cash Transactions | 09/19/2016 | BBCT | as | 5351 | P9 00001 Cash Receipts |
| TELE-TRANSFER FR CHECKING XX | 2016/09 | 140,000.00 | Cash Transactions | 09/08/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/09 | (127.40) | Cash Transactions | 09/16/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/09 | (29.00) | Cash Transactions | 09/19/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/09 | (58.05) | Cash Transactions | 09/22/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/09 | (60.10) | Cash Transactions | 09/23/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/09 | (45.30) | Cash Transactions | 09/08/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/09 | (105.30) | Cash Transactions | 09/09/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| CLIENT ANALYSIS SRVC CHRG 160 | 2016/09 | (1,278.58) | Cash Transactions | 09/12/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| RETAIL LOCK BOX RLI AC REC Ala | 2016/09 | (3,486.52) | Cash Transactions | 09/12/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| NEOPOST ADVANCE ADVANCE 006 | 2016/09 | (10,000.00) | Cash Transactions | 08/29/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| Retail LB 090116 | 2016/09 | 3,838.08 | Cash Transactions | 09/01/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| Retail LB 090116 | 2016/09 | 367.70 | Cash Transactions | 09/01/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| Retail LB 090116 | 2016/09 | 10.00 | Cash Transactions | 09/01/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |
| PBS ACH 090816 Posting Error | 2016/09 | 6.00 | Cash Transactions | 09/08/2016 | BBCT | as | 5428 | P9 00001 Cash Transactions |

Page 2 of 19

Exhibit C
Page 3 of 20

3/20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule            4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:          8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001   Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83   From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017   Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| P9 WO Diff | 2016/09 | (3.00) | Cash Transactions | 09/25/2016 | BBCT | as | 5430 | P9 00001 Transaction |
| CR s 00001 Aug 29 thru Sept 2 | 2016/09 | 50,546.95 | Cash Transactions | 09/02/2016 | BBCT | as | 5351 | P9 00001 Cash Receipts |
| CR s 00001 Sept 6 thru Sept 9 | 2016/09 | 57,498.00 | Cash Transactions | 09/09/2016 | BBCT | as | 5351 | P9 00001 Cash Receipts |
| AutoACH 10/20/16 posted to CC | 2016/10 | 16,711.12 | Cash Transactions | 10/20/2016 | BBTF | as | 5596 | P10 00001 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (5,938.35) | Cash Transactions | 09/26/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (19,187.88) | Cash Transactions | 09/27/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (136.94) | Cash Transactions | 09/28/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (59.89) | Cash Transactions | 09/30/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (8,412.59) | Cash Transactions | 10/03/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (20,280.08) | Cash Transactions | 10/04/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (8,112.25) | Cash Transactions | 10/05/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (628.07) | Cash Transactions | 10/06/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (141.14) | Cash Transactions | 10/07/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (11,235.20) | Cash Transactions | 10/12/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (238.74) | Cash Transactions | 10/14/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (11,234.84) | Cash Transactions | 10/18/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (89.13) | Cash Transactions | 10/19/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (6.84) | Cash Transactions | 10/20/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (146.69) | Cash Transactions | 10/21/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (5.13) | Cash Transactions | 10/24/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (14,162.35) | Cash Transactions | 10/25/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (30.65) | Cash Transactions | 10/26/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/10 | (89.83) | Cash Transactions | 10/28/2016 | BBTF | as | 5565 | P10 00009 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/10 | (5,000.00) | Cash Transactions | 09/29/2016 | BBTF | as | 5575 | P10 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/10 | (245,000.00) | Cash Transactions | 10/06/2016 | BBTF | as | 5575 | P10 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/10 | (152,000.00) | Cash Transactions | 10/07/2016 | BBTF | as | 5575 | P10 00200 Cash Transfers |

Page 3 of 19

Exhibit C
Page 4 of 20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                    4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:                8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001   Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83   From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017   Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ONLINE TRANSFER TRANSFER REF | 2016/10 | (260,000.00) | Cash Transactions | 10/11/2016 | BBTF | as | 5575 | P10 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/10 | (13,000.00) | Cash Transactions | 10/13/2016 | BBTF | as | 5575 | P10 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/10 | (55,000.00) | Cash Transactions | 10/20/2016 | BBTF | as | 5575 | P10 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/10 | (530,000.00) | Cash Transactions | 10/27/2016 | BBTF | as | 5575 | P10 00200 Cash Transfers |
| Retail LB 101316 | 2016/10 | 106.40 | Cash Transactions | 10/13/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Retail LB 101316 | 2016/10 | 2.70 | Cash Transactions | 10/13/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Retail LB 101316 | 2016/10 | 2.00 | Cash Transactions | 10/13/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Retail LB 102016 | 2016/10 | 9,863.83 | Cash Transactions | 10/20/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 101816 | 2016/10 | 5.50 | Cash Transactions | 10/18/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 101816 | 2016/10 | (1.19) | Cash Transactions | 10/18/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 101916 | 2016/10 | 20.00 | Cash Transactions | 10/19/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 101916 | 2016/10 | 5.50 | Cash Transactions | 10/19/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XX | 2016/10 | 125,000.00 | Cash Transactions | 10/06/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Bill.com Verify 015CVRXGTJI9O1 | 2016/10 | 0.01 | Cash Transactions | 11/03/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Dow Jones Corrections | 2016/10 | 10.00 | Cash Transactions | 10/11/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XX | 2016/10 | 490,000.00 | Cash Transactions | 10/26/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/10 | (36.51) | Cash Transactions | 10/28/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/10 | (31.40) | Cash Transactions | 10/13/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/10 | (5.63) | Cash Transactions | 10/24/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/10 | (45.81) | Cash Transactions | 10/25/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/10 | (83.58) | Cash Transactions | 10/11/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/10 | (38.27) | Cash Transactions | 10/20/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2016/10 | (58.63) | Cash Transactions | 10/07/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| CLIENT ANALYSIS SRVC CHRG 161 | 2016/10 | (1,260.58) | Cash Transactions | 10/11/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| RETAIL LOCK BOX RLI AC REC Ala | 2016/10 | (3,453.05) | Cash Transactions | 10/11/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 102016 | 2016/10 | 15.50 | Cash Transactions | 10/20/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |

Page 4 of 19

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule           4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:           8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001　Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83　From Calendar Period: 2016/08 August 2016　To Calendar Period: 2017/08　Ending Balance August 2017　Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| Shopify 102016 | 2016/10 | (2.97) | Cash Transactions | 10/20/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 092916 | 2016/10 | (3.82) | Cash Transactions | 09/29/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Retail LB 102016 | 2016/10 | 1,052.98 | Cash Transactions | 10/20/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Retail LB 102016 | 2016/10 | 20.00 | Cash Transactions | 10/20/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 101816 | 2016/10 | 30.00 | Cash Transactions | 10/18/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| CR s 0007 Oct10 - Oct 14 | 2016/10 | 178,151.29 | Cash Transactions | 10/14/2016 | BBCT | as | 5525 | P10 00007 Cash Transactions |
| CR s 00017 - Oct 17 - Oct 21 | 2016/10 | 32,881.17 | Cash Transactions | 10/21/2016 | BBCT | as | 5524 | P10 00001 Cash Transactions |
| CR s 00001 Oct 24 - Oct28 | 2016/10 | 45,553.97 | Cash Transactions | 10/30/2016 | BBCT | as | 5524 | P10 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XX | 2016/10 | 235,000.00 | Cash Transactions | 10/07/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XX | 2016/10 | 225,000.00 | Cash Transactions | 09/30/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 101916 | 2016/10 | (0.94) | Cash Transactions | 10/19/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| Shopify 102016 | 2016/10 | 55.00 | Cash Transactions | 10/20/2016 | BBCT | as | 5595 | P10 00001 Cash Transactions |
| CR s 00001 Sept 26 - Sept 30 | 2016/10 | 54,592.44 | Cash Transactions | 09/30/2016 | BBCT | as | 5524 | P10 00001 Cash Transactions |
| CR s 0007 Oct10 - Oct 14 | 2016/10 | (178,151.29) | Cash Transactions | 10/14/2016 | BBCT | as | 5525 | P10 00007 Cash Transactions |
| CR s 00001 Oct 10 - oct 14 | 2016/10 | 64,972.36 | Cash Transactions | 10/14/2016 | BBCT | as | 5524 | P10 00001 Cash Transactions |
| CR s 00001 Oct 3 - Oct 7 | 2016/10 | 72,122.17 | Cash Transactions | 10/07/2016 | BBCT | as | 5524 | P10 00001 Cash Transactions |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (11,980.99) | Cash Transactions | 11/01/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (119.79) | Cash Transactions | 11/02/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (3.35) | Cash Transactions | 11/03/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (58.50) | Cash Transactions | 11/04/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (706.70) | Cash Transactions | 11/07/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (19,733.76) | Cash Transactions | 11/08/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (8,568.99) | Cash Transactions | 11/09/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (8,063.12) | Cash Transactions | 11/10/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (11,432.64) | Cash Transactions | 11/15/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (1,761.68) | Cash Transactions | 11/16/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |

Exhibit C
Page 6 of 20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                    4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:                8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

### ADN - Alaska Dispatch News
### Detailed Distribution History Query
### Run on: 09/01/2017 at 5:22 PM by ea02

**Main Account: 00001  Entity: 100000 ADN WF Depository**
Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (11.70) | Cash Transactions | 11/17/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (13,133.99) | Cash Transactions | 11/18/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (25,503.75) | Cash Transactions | 11/21/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (25,841.26) | Cash Transactions | 11/22/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (30.30) | Cash Transactions | 11/23/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/11 | (7.76) | Cash Transactions | 11/25/2016 | BBTF | as | 5703 | P11 00009 Postage Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/11 | (30,000.00) | Cash Transactions | 11/10/2016 | BBTF | as | 5713 | P11 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/11 | (300,000.00) | Cash Transactions | 11/04/2016 | BBTF | as | 5713 | P11 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/11 | (17,000.00) | Cash Transactions | 11/17/2016 | BBTF | as | 5713 | P11 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/11 | (50,000.00) | Cash Transactions | 11/03/2016 | BBTF | as | 5713 | P11 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/11 | (162,000.00) | Cash Transactions | 11/23/2016 | BBTF | as | 5713 | P11 00200 Cash Transfers |
| CR s 00001 Nov 7 - Nov 11 | 2016/11 | 49,483.94 | Cash Transactions | 11/11/2016 | BBCT | as | 5676 | P11 00001 Cash Receipts |
| CR s 00001 Nov 14 - Nov 18 | 2016/11 | 50,217.56 | Cash Transactions | 11/18/2016 | BBCT | as | 5676 | P11 00001 Cash Receipts |
| CR s 00001 Nov 21 - Nov 25 | 2016/11 | 43,902.82 | Cash Transactions | 11/25/2016 | BBCT | as | 5676 | P11 00001 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (8.63) | Cash Transactions | 11/16/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (44.61) | Cash Transactions | 11/23/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (36.51) | Cash Transactions | 11/03/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (14.40) | Cash Transactions | 11/04/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (43.40) | Cash Transactions | 11/08/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (95.60) | Cash Transactions | 11/09/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (84.18) | Cash Transactions | 11/10/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (10.35) | Cash Transactions | 11/14/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| 10/31/16 ADNSTORE CALS | 2016/11 | 57,021.33 | Cash Transactions | 11/04/2016 | BBCT | as | 5676 | P11 00001 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2016/11 | (125.18) | Cash Transactions | 11/25/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| CLIENT ANALYSIS SRVC CHRG 161 | 2016/11 | (1,283.16) | Cash Transactions | 11/14/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| RETAIL LOCK BOX RLI AC REC Ala | 2016/11 | (3,536.68) | Cash Transactions | 11/10/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |

https://portal.thgcpa.com/docitwebportal/SecureCode/WebPortalNew.aspx

Exhibit C
Page 7 of 20

7/20

**Case 17-00285**
**Form 207 Statement of Financial Affairs**
Schedule             **4.WF-2004   1**
**Question 4**
**Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
**Filing Date:**          8/11/2017
**Detail used for**
**Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC**

---

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001   Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83   From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017   Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| TELE-TRANSFER FR CHECKING XX | 2016/11 | 300,000.00 | Cash Transactions | 11/03/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XX | 2016/11 | 200,000.00 | Cash Transactions | 11/22/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XX | 2016/11 | 350,000.00 | Cash Transactions | 11/23/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| RLB Keying Error/Corrected In | 2016/11 | (42.00) | Cash Transactions | 11/21/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| P10 Diff WO | 2016/11 | (0.03) | Cash Transactions | 11/27/2016 | BBCT | as | 5719 | P11 00001 WF Dep Cash Trans |
| ONLINE TRANSFER TRANSFER REF | 2016/12 | (380,000.00) | Cash Transactions | 12/01/2016 | BBTF | as | 5861 | P12 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2016/12 | (20,000.00) | Cash Transactions | 12/02/2016 | BBTF | as | 5861 | P12 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2016/12 | (12,000.00) | Cash Transactions | 12/08/2016 | BBTF | as | 5861 | P12 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/12 | (300,000.00) | Cash Transactions | 12/15/2016 | BBTF | as | 5861 | P12 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2016/12 | (155,000.00) | Cash Transactions | 12/22/2016 | BBTF | as | 5861 | P12 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2016/12 | (600,000.00) | Cash Transactions | 12/23/2016 | BBTF | as | 5861 | P12 00200 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (823.08) | Cash Transactions | 11/28/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (13,788.01) | Cash Transactions | 11/29/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (32.09) | Cash Transactions | 11/30/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (3.27) | Cash Transactions | 12/01/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (210.43) | Cash Transactions | 12/02/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (11,986.02) | Cash Transactions | 12/06/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (119.09) | Cash Transactions | 12/07/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (27.81) | Cash Transactions | 12/09/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (20,175.04) | Cash Transactions | 12/13/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (8,093.14) | Cash Transactions | 12/14/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (31.84) | Cash Transactions | 12/21/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (4.44) | Cash Transactions | 12/15/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (123.29) | Cash Transactions | 12/16/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (18,686.19) | Cash Transactions | 12/20/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (5,168.88) | Cash Transactions | 12/22/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |

Exhibit C
Page 8 of 20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule             4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:            8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001 Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83 From Calendar Period: 2016/08 August 2016 To Calendar Period: 2017/08 Ending Balance August 2017 Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ZBA BALANCE ACCOUNT TRANSFE | 2016/12 | (185.02) | Cash Transactions | 12/23/2016 | BBTF | as | 5851 | P12 00009 Cash Transfers |
| CR s 0001 Dec 12 - Dec 16 | 2016/12 | 47,529.45 | Cash Transactions | 12/16/2016 | BBCT | as | 5799 | P12 00001 Cash Receipts |
| CR s 00001 Nov 28 - Dec 2 | 2016/12 | 34,583.98 | Cash Transactions | 12/02/2016 | BBCT | as | 5799 | P12 00001 Cash Receipts |
| TELE-TRANSFER FR CHECKING XX | 2016/12 | 600,000.00 | Cash Transactions | 12/22/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XX | 2016/12 | 108,000.00 | Cash Transactions | 12/20/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| CR s 00001 Dec 5 - Dec 9 | 2016/12 | 46,616.61 | Cash Transactions | 12/09/2016 | BBCT | as | 5799 | P12 00001 Cash Receipts |
| NEOPOST ADVANCE ADVANCE 006 | 2016/12 | (10,000.00) | Cash Transactions | 12/07/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| NEOPOST FEE FEE 0063031335 AN | 2016/12 | (50.00) | Cash Transactions | 12/02/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| CLIENT ANALYSIS SRVC CHRG 161 | 2016/12 | (1,557.04) | Cash Transactions | 12/12/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| RETAIL LOCK BOX RLI AC REC Ala | 2016/12 | (3,402.80) | Cash Transactions | 12/12/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XX | 2016/12 | 300,000.00 | Cash Transactions | 12/13/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/12 | (53.00) | Cash Transactions | 12/08/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/12 | (105.48) | Cash Transactions | 12/09/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| DEPOSITED ITEM RETN UNPAID - P | 2016/12 | (83.70) | Cash Transactions | 12/19/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/12 | (47.86) | Cash Transactions | 12/22/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| ACH RETURNS - ANCHORAGE DAIL | 2016/12 | (37.90) | Cash Transactions | 12/23/2016 | BBCT | as | 5870 | P12 00001 WF Dep Cash Trans |
| CR s 0007 Dec 16 RLBX | 2016/12 | 4,628.46 | Cash Transactions | 12/16/2016 | BBCT | as | 5868 | 00001 P12 Cash receipts |
| CR s 0001 Corrections | 2016/12 | 23.68 | Cash Transactions | 12/25/2016 | BBCT | as | 5869 | P12 00001 Cash Transns Corrections |
| CR s 0001 Dec 19 - Dec 23 | 2016/12 | 46,175.75 | Cash Transactions | 12/23/2016 | BBCT | as | 5799 | P12 00001 Cash Receipts |
| Opening Entries | 2017/00 | 46,174.14 | Journal Entry | 01/27/2017 | GJ | ea02 | 6011 | Journal Entry |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (0.54) | Cash Transactions | 01/26/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (122.04) | Cash Transactions | 01/27/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (8.82) | Cash Transactions | 01/12/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (144.51) | Cash Transactions | 01/13/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (11,433.72) | Cash Transactions | 01/24/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (55.77) | Cash Transactions | 01/25/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |

Exhibit C
Page 9 of 20
9/20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule            4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:            8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001  Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (11,764.47) | Cash Transactions | 12/28/2016 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (149.50) | Cash Transactions | 12/30/2016 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (17,980.68) | Cash Transactions | 01/18/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (175.72) | Cash Transactions | 01/20/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (709.95) | Cash Transactions | 01/03/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (11,419.51) | Cash Transactions | 01/04/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (5.13) | Cash Transactions | 01/05/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (176.01) | Cash Transactions | 01/06/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (18,526.82) | Cash Transactions | 01/10/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (14,759.91) | Cash Transactions | 01/11/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/01 | (2.60) | Cash Transactions | 01/17/2017 | BBTF | as | 6023 | P1 2017 00009 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/01 | (70,000.00) | Cash Transactions | 01/19/2017 | BBTF | as | 6029 | P1 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/01 | (220,000.00) | Cash Transactions | 01/25/2017 | BBTF | as | 6029 | P1 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2017/01 | (20,000.00) | Cash Transactions | 12/29/2016 | BBTF | as | 6029 | P1 00200 Cash Transfers |
| ONLINE TRANSFER TRANSFER REF | 2017/01 | (175,000.00) | Cash Transactions | 01/11/2017 | BBTF | as | 6029 | P1 00200 Cash Transfers |
| CR s 00007 Jan 16 - Jan 20 | 2017/01 | 53,536.19 | Cash Transactions | 01/20/2017 | BBCT | as | 5963 | P1 2017 00001 Cash Receipts |
| CR s 00001 Dec26 - Dec 30 | 2017/01 | 150,578.85 | Cash Transactions | 12/30/2016 | BBCT | as | 5963 | P1 2017 00001 Cash Receipts |
| CR s 00001 Jan 2 - Jan 6 | 2017/01 | 55,135.10 | Cash Transactions | 01/06/2017 | BBCT | as | 5963 | P1 2017 00001 Cash Receipts |
| CR s 00001 Jan 9 - Jan 13 | 2017/01 | 97,134.24 | Cash Transactions | 01/13/2017 | BBCT | as | 5963 | P1 2017 00001 Cash Receipts |
| CR s 00001 Jan 23 - Jan 27 | 2017/01 | 78,727.16 | Cash Transactions | 01/27/2017 | BBCT | as | 5963 | P1 2017 00001 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2017/01 | (16.43) | Cash Transactions | 01/24/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/01 | (33.70) | Cash Transactions | 01/09/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/01 | (48.65) | Cash Transactions | 01/25/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/01 | (62.91) | Cash Transactions | 01/10/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/01 | (19.66) | Cash Transactions | 01/11/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/01 | (1,200.91) | Cash Transactions | 01/11/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |

Exhibit C

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:            8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at  5:22 PM by ea02**

**Main Account: 00001   Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| RETAIL LOCK BOX RLI AC REC Ala | 2017/01 | (4,109.70) | Cash Transactions | 01/10/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XX | 2017/01 | 175,000.00 | Cash Transactions | 01/23/2017 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| National Westmin-Photos | 2017/01 | 250.00 | Cash Transactions | 12/30/2016 | BBCT | as | 6033 | P1 2017 00001 Cash Transactions |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (154.43) | Cash Transactions | 02/24/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (0.54) | Cash Transactions | 02/16/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (2.98) | Cash Transactions | 02/09/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| CR s 00001 Feb 13 - Feb 17 | 2017/02 | 35,068.38 | Cash Transactions | 02/22/2017 | BBTF | as | 6165 | CR s P2 2017 Wk posted to Wrong Acct |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (155.48) | Cash Transactions | 02/03/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (130.90) | Cash Transactions | 02/17/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (56.92) | Cash Transactions | 02/08/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/02 | (225,000.00) | Cash Transactions | 02/07/2017 | BBTF | as | 6186 | P2 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/02 | (60,000.00) | Cash Transactions | 02/09/2017 | BBTF | as | 6186 | P2 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/02 | (430,000.00) | Cash Transactions | 02/17/2017 | BBTF | as | 6186 | P2 2017 00200 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (12,245.45) | Cash Transactions | 02/07/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (1.12) | Cash Transactions | 02/23/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (11,639.76) | Cash Transactions | 02/15/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (17,995.25) | Cash Transactions | 02/22/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (1,999.61) | Cash Transactions | 02/01/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (2.44) | Cash Transactions | 01/30/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (11,392.61) | Cash Transactions | 01/31/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (132.34) | Cash Transactions | 02/10/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (6,010.01) | Cash Transactions | 02/13/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/02 | (27,164.77) | Cash Transactions | 02/14/2017 | BBTF | as | 6181 | P2 2017 00009 transfers |
| ONLINE TRANSFER TRANSFER CAS | 2017/02 | (35,000.00) | Cash Transactions | 02/23/2017 | BBTF | as | 6186 | P2 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/02 | (43,000.00) | Cash Transactions | 02/02/2017 | BBTF | as | 6186 | P2 2017 00200 Cash Transfers |
| CR s 00001 Feb 20 - Feb 24 | 2017/02 | 70,429.54 | Cash Transactions | 02/24/2017 | BBCT | as | 6151 | 00001 P2 2017 Cash Receipts |

Page 10 of 19

Exhibit C
Page 11 of 20

11/20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                    4.WF-2004    1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:                8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001   Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83   From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| CR s 00001 Jan 30 - Feb 3 | 2017/02 | 32,912.72 | Cash Transactions | 02/03/2017 | BBCT | as | 6151 | 00001 P2 2017 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2017/02 | (128.86) | Cash Transactions | 02/09/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| CR s 00001 Feb 6 - Feb 10 | 2017/02 | 84,014.05 | Cash Transactions | 02/10/2017 | BBCT | as | 6151 | 00001 P2 2017 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2017/02 | (65.35) | Cash Transactions | 02/22/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/02 | (1,215.46) | Cash Transactions | 02/13/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/02 | (26.00) | Cash Transactions | 02/17/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/02 | (57.67) | Cash Transactions | 02/08/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/02 | (38.35) | Cash Transactions | 02/23/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/02 | (14.26) | Cash Transactions | 02/24/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| P2 WO Diff 00001 | 2017/02 | (0.03) | Cash Transactions | 02/26/2017 | BBCT | as | 6191 | P2 2017 Cash trans 00001 |
| RETAIL LOCK BOX RLI AC REC Ala | 2017/02 | (3,580.36) | Cash Transactions | 02/10/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/02 | 430,000.00 | Cash Transactions | 02/16/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XX | 2017/02 | 225,000.00 | Cash Transactions | 02/06/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (0.54) | Cash Transactions | 02/27/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (118.65) | Cash Transactions | 03/15/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (111.65) | Cash Transactions | 03/10/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (19,516.11) | Cash Transactions | 03/21/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (89.13) | Cash Transactions | 03/22/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (11,716.34) | Cash Transactions | 02/28/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (104.35) | Cash Transactions | 03/03/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (28.56) | Cash Transactions | 03/01/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (1.09) | Cash Transactions | 03/02/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (7,939.03) | Cash Transactions | 03/06/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (19,471.40) | Cash Transactions | 03/07/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (6,745.07) | Cash Transactions | 03/08/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (6.59) | Cash Transactions | 03/13/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule             4.WF-2004    1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:             8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001   Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83   From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017   Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (11,326.45) | Cash Transactions | 03/14/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (3.80) | Cash Transactions | 03/16/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (35.92) | Cash Transactions | 03/17/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/03 | (7,220.66) | Cash Transactions | 03/20/2017 | BBTF | as | 6341 | P3 00009 Cash Transfer |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (200,000.00) | Cash Transactions | 03/06/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (15,000.00) | Cash Transactions | 03/16/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (30,000.00) | Cash Transactions | 03/01/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (40,000.00) | Cash Transactions | 03/09/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (200,000.00) | Cash Transactions | 03/10/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (10,000.00) | Cash Transactions | 03/13/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (235,000.00) | Cash Transactions | 03/22/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/03 | (31,000.00) | Cash Transactions | 03/24/2017 | BBTF | as | 6356 | P3 2017 00200 Cash Transfers |
| CR s 00001 Mar 20 - Mar 24 | 2017/03 | 92,411.76 | Cash Transactions | 03/24/2017 | BBCT | as | 6283 | 00001 P3 2017 Cash Receipts |
| CR s 00001 Feb 27 - Mar 3 | 2017/03 | 50,009.67 | Cash Transactions | 03/05/2017 | BBCT | as | 6283 | 00001 P3 2017 Cash Receipts |
| CR s 00001 Mar 6 - Mar 10 | 2017/03 | 44,132.00 | Cash Transactions | 03/10/2017 | BBCT | as | 6283 | 00001 P3 2017 Cash Receipts |
| CR s 00001 Mar 13 - Mar17 | 2017/03 | 44,835.82 | Cash Transactions | 03/17/2017 | BBCT | as | 6283 | 00001 P3 2017 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2017/03 | (8.63) | Cash Transactions | 03/01/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/03 | (1,151.58) | Cash Transactions | 03/13/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/03 | (5.63) | Cash Transactions | 03/02/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| RETAIL LOCK BOX RLI AC REC Ala | 2017/03 | (3,513.10) | Cash Transactions | 03/10/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/03 | (38.60) | Cash Transactions | 03/22/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/03 | (33.35) | Cash Transactions | 03/08/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/03 | (17.40) | Cash Transactions | 03/14/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/03 | (61.95) | Cash Transactions | 03/23/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/03 | (100.19) | Cash Transactions | 03/09/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/03 | 200,000.00 | Cash Transactions | 03/03/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |

Page 12 of 19

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule            4.WF-2004  1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:         8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001  Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| TELE-TRANSFER FR XXXXXX3831 F | 2017/03 | 200,000.00 | Cash Transactions | 03/09/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/03 | 225,000.00 | Cash Transactions | 03/20/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| ONLINE TRANSFER ACCOUNT TRAI | 2017/04 | (500,000.00) | Cash Transactions | 04/04/2017 | BBTF | as | 6497 | P4 2017 WF Gen Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (4.34) | Cash Transactions | 03/27/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (12,560.59) | Cash Transactions | 03/28/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (2.34) | Cash Transactions | 04/06/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (88.46) | Cash Transactions | 04/07/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (1.22) | Cash Transactions | 04/10/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (34.91) | Cash Transactions | 03/29/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (55.81) | Cash Transactions | 03/31/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (19,272.34) | Cash Transactions | 04/04/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (8,216.32) | Cash Transactions | 04/05/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (11,934.88) | Cash Transactions | 04/11/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (30.90) | Cash Transactions | 04/12/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (132.22) | Cash Transactions | 04/14/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (11,343.36) | Cash Transactions | 04/18/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (1.16) | Cash Transactions | 04/24/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (12,323.10) | Cash Transactions | 04/25/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (13.96) | Cash Transactions | 04/27/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (148.30) | Cash Transactions | 04/28/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (113.59) | Cash Transactions | 04/19/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (0.54) | Cash Transactions | 04/20/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/04 | (88.93) | Cash Transactions | 04/21/2017 | BBTF | as | 6493 | P4 2017 WF CAPPS Acct Transfers |
| ONLINE TRANSFER ACCOUNT TRAI | 2017/04 | (35,000.00) | Cash Transactions | 03/27/2017 | BBTF | as | 6497 | P4 2017 WF Gen Transfers |
| ONLINE TRANSFER ACCOUNT TRAI | 2017/04 | (45,000.00) | Cash Transactions | 04/21/2017 | BBTF | as | 6489 | P4 2017 WF AP Acct Transfers |
| ONLINE TRANSFER ACCOUNT TRAI | 2017/04 | (75,000.00) | Cash Transactions | 04/05/2017 | BBTF | as | 6497 | P4 2017 WF Gen Transfers |

Page 13 of 19

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:            8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001  Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ONLINE TRANSFER ACCOUNT TRA| 2017/04 | (250,000.00) | Cash Transactions | 04/26/2017 | BBTF | as | 6497 | P4 2017 WF Gen Transfers |
| ONLINE TRANSFER ACCOUNT TRA| 2017/04 | (45,000.00) | Cash Transactions | 04/13/2017 | BBTF | as | 6497 | P4 2017 WF Gen Transfers |
| ONLINE TRANSFER ACCOUNT TRA| 2017/04 | (310,000.00) | Cash Transactions | 04/19/2017 | BBTF | as | 6497 | P4 2017 WF Gen Transfers |
| CR s Apr 24 - Apr 27 | 2017/04 | 37,068.28 | Cash Transactions | 04/27/2017 | BBCT | as | 6439 | P4 2017 00001 Cash Receipts |
| CR s 0001 Apr 17 - Apr 21 | 2017/04 | 53,189.40 | Cash Transactions | 04/21/2017 | BBCT | as | 6439 | P4 2017 00001 Cash Receipts |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/04 | 300,000.00 | Cash Transactions | 04/13/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/04 | 250,000.00 | Cash Transactions | 04/25/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/04 | (58.05) | Cash Transactions | 04/25/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| DEPOSITED ITEM RETN UNPAID - P | 2017/04 | (36.75) | Cash Transactions | 04/25/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/04 | (18.95) | Cash Transactions | 04/24/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/04 | (81.49) | Cash Transactions | 04/10/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/04 | (59.78) | Cash Transactions | 04/25/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/04 | 500,000.00 | Cash Transactions | 04/03/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/04 | (1,205.60) | Cash Transactions | 04/11/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| RETAIL LOCK BOX RLI AC REC Ala | 2017/04 | (3,512.52) | Cash Transactions | 04/10/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| NEOPOST ADVANCE ADVANCE 006 | 2017/04 | (10,000.00) | Cash Transactions | 04/17/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/04 | (44.60) | Cash Transactions | 03/27/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| CR s 00001 Apr 3 - Apr 7 | 2017/04 | 99,429.07 | Cash Transactions | 04/07/2017 | BBCT | as | 6439 | P4 2017 00001 Cash Receipts |
| CR s 00001 Apr 10 - Apr 14 | 2017/04 | 34,296.75 | Cash Transactions | 04/14/2017 | BBCT | as | 6439 | P4 2017 00001 Cash Receipts |
| CR s 00001 Apr 28 | 2017/04 | 6,319.18 | Cash Transactions | 04/28/2017 | BBCT | as | 6439 | P4 2017 00001 Cash Receipts |
| CR s 00001 Mar 27 - Mar 31 | 2017/04 | 55,521.32 | Cash Transactions | 03/31/2017 | BBCT | as | 6439 | P4 2017 00001 Cash Receipts |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (19,258.10) | Cash Transactions | 05/02/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ONLINE TRANSFER ACCOUNT TRA| 2017/05 | (30,000.00) | Cash Transactions | 05/10/2017 | BBTF | as | 6653 | P5 00200 Cash Transfers |
| CR s 00001 May 22 - May 26 | 2017/05 | 70,600.15 | Cash Transactions | 05/31/2017 | BBTF | as | 6648 | P5 Deposits post to Payrl Acct |
| ONLINE TRANSFER ACCOUNT TRA| 2017/05 | (10,000.00) | Cash Transactions | 05/19/2017 | BBTF | as | 6653 | P5 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA| 2017/05 | (10,000.00) | Cash Transactions | 05/25/2017 | BBTF | as | 6653 | P5 00200 Cash Transfers |

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:            8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001  Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ONLINE TRANSFER REF #BB03DJVI | 2017/05 | (500,000.00) | Cash Transactions | 05/03/2017 | BBTF | as | 6653 | P5 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/05 | (235,000.00) | Cash Transactions | 05/18/2017 | BBTF | as | 6653 | P5 00200 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (8,239.54) | Cash Transactions | 05/03/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (0.54) | Cash Transactions | 05/04/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (11,353.39) | Cash Transactions | 05/09/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (30.61) | Cash Transactions | 05/10/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (16.29) | Cash Transactions | 05/11/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (1,195.90) | Cash Transactions | 05/15/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (11,420.46) | Cash Transactions | 05/16/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (60.33) | Cash Transactions | 05/17/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (123.36) | Cash Transactions | 05/19/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (3.37) | Cash Transactions | 05/22/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (17,660.02) | Cash Transactions | 05/23/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (24,489.70) | Cash Transactions | 05/24/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/05 | (0.54) | Cash Transactions | 05/25/2017 | BBTF | as | 6633 | P5 00009 Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/05 | (120,000.00) | Cash Transactions | 05/05/2017 | BBTF | as | 6653 | P5 00200 Cash Transfers |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/05 | 100,000.00 | Cash Transactions | 05/26/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| Transfer from another WF accou | 2017/05 | 500,000.00 | Cash Transactions | 05/02/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/05 | (14.40) | Cash Transactions | 05/16/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/05 | (92.80) | Cash Transactions | 05/04/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/05 | (31.95) | Cash Transactions | 05/24/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/05 | (56.80) | Cash Transactions | 05/09/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/05 | (68.95) | Cash Transactions | 05/10/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/05 | (81.81) | Cash Transactions | 05/25/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| WO P5 Diff WF Dep 004 | 2017/05 | (0.05) | Cash Transactions | 05/28/2017 | BBCT | as | 6659 | P5 Cash Trans 00001 WO Diff |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/05 | (1,145.03) | Cash Transactions | 05/11/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |

Page 15 of 19

Exhibit C
Page 16 of 20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                   4.WF-2004   1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:               8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001   Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83   From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017   Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| RETAIL LOCK BOX RLI AC REC Ala | 2017/05 | (3,531.31) | Cash Transactions | 05/10/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/05 | 1,000.00 | Cash Transactions | 05/25/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| Transfer to another WF account | 2017/05 | (1,000.00) | Cash Transactions | 05/25/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| CR s 00001 May 1 - May 5 | 2017/05 | 155,126.00 | Cash Transactions | 05/05/2017 | BBCT | as | 6588 | P5 2017 00001 Cash Receipts |
| CR s 00001 May 8 - May 12 | 2017/05 | 42,332.22 | Cash Transactions | 05/12/2017 | BBCT | as | 6588 | P5 2017 00001 Cash Receipts |
| CR s 00001 May 15 - May 19 | 2017/05 | 233,045.09 | Cash Transactions | 05/19/2017 | BBCT | as | 6588 | P5 2017 00001 Cash Receipts |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (11,272.57) | Cash Transactions | 06/06/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (1.12) | Cash Transactions | 05/30/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (11,472.23) | Cash Transactions | 05/31/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (165.65) | Cash Transactions | 06/02/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (710.35) | Cash Transactions | 06/05/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (6,755.81) | Cash Transactions | 06/07/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (57.38) | Cash Transactions | 06/09/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (10.74) | Cash Transactions | 06/12/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (11,265.95) | Cash Transactions | 06/13/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (204.66) | Cash Transactions | 06/14/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (76.12) | Cash Transactions | 06/16/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (11,317.49) | Cash Transactions | 06/20/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/06 | (155.39) | Cash Transactions | 06/23/2017 | BBTF | as | 6781 | P6 00009 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/06 | (130,000.00) | Cash Transactions | 05/31/2017 | BBTF | as | 6798 | P6 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/06 | (120,000.00) | Cash Transactions | 06/02/2017 | BBTF | as | 6798 | P6 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/06 | (15,000.00) | Cash Transactions | 06/05/2017 | BBTF | as | 6798 | P6 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/06 | (10,000.00) | Cash Transactions | 06/08/2017 | BBTF | as | 6798 | P6 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/06 | (665,000.00) | Cash Transactions | 06/15/2017 | BBTF | as | 6798 | P6 00200 Cash Transfers |
| CR s 00001 May 29 - June 2 | 2017/06 | 28,870.83 | Cash Transactions | 06/02/2017 | BBCT | as | 6742 | P6 00001 Cash Receipts |
| CR s 00001 June 5 - June 9 | 2017/06 | 46,669.19 | Cash Transactions | 06/09/2017 | BBCT | as | 6742 | P6 00001 Cash Receipts |

Page 16 of 19

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule    4.WF-2004 1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:    8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001 Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83 From Calendar Period: 2016/08 August 2016 To Calendar Period: 2017/08 Ending Balance August 2017 Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| CR s 00001 June 12 - June 16 | 2017/06 | 76,068.80 | Cash Transactions | 06/16/2017 | BBCT | as | 6742 | P6 00001 Cash Receipts |
| CR s 00001 June 19 - June 23 | 2017/06 | 59,505.37 | Cash Transactions | 06/25/2017 | BBCT | as | 6742 | P6 00001 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2017/06 | (39.75) | Cash Transactions | 06/22/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/06 | (116.87) | Cash Transactions | 06/23/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/06 | (1,187.68) | Cash Transactions | 06/12/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| RETAIL LOCK BOX RLI AC REC Ala | 2017/06 | (3,572.46) | Cash Transactions | 06/12/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/06 | 130,000.00 | Cash Transactions | 06/01/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXXX3831 F | 2017/06 | 600,000.00 | Cash Transactions | 06/12/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/06 | (32.40) | Cash Transactions | 06/08/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/06 | (71.25) | Cash Transactions | 06/09/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/06 | (37.42) | Cash Transactions | 06/15/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (12,349.50) | Cash Transactions | 06/28/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (14.27) | Cash Transactions | 06/29/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (50.49) | Cash Transactions | 06/30/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (11,352.98) | Cash Transactions | 07/05/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (53.46) | Cash Transactions | 07/06/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (11,458.64) | Cash Transactions | 07/11/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (55.96) | Cash Transactions | 07/12/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (16,887.37) | Cash Transactions | 07/18/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (15,485.89) | Cash Transactions | 07/19/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (113.84) | Cash Transactions | 07/21/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (11,570.47) | Cash Transactions | 07/25/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (54.57) | Cash Transactions | 07/26/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (132.33) | Cash Transactions | 07/28/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/07 | (18,134.78) | Cash Transactions | 06/27/2017 | BBTF | as | 6930 | P7 00009 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/07 | (85,000.00) | Cash Transactions | 06/28/2017 | BBTF | as | 6937 | P7 00200 Cash Transfers |

https://portal.thgcpa.com/docitwebportal/SecureCode/WebPortalNew.aspx

Exhibit C
Page 18 of 20

18/20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule 4.WF-2004 1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date: 8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001  Entity: 100000 ADN WF Depository**
**Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20**

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ONLINE TRANSFER ACCOUNT TRA | 2017/07 | (36,000.00) | Cash Transactions | 07/06/2017 | BBTF | as | 6937 | P7 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/07 | (50,000.00) | Cash Transactions | 07/13/2017 | BBTF | as | 6937 | P7 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/07 | (5,000.00) | Cash Transactions | 07/20/2017 | BBTF | as | 6937 | P7 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/07 | (70,000.00) | Cash Transactions | 07/27/2017 | BBTF | as | 6937 | P7 00200 Cash Transfers |
| RETAIL LOCK BOX RLI AC REC Ala | 2017/07 | (3,549.97) | Cash Transactions | 07/13/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| CR s 00001 July 10 - July 14 | 2017/07 | 46,864.93 | Cash Transactions | 07/14/2017 | BBCT | as | 6878 | P7 00001 Cash Receipts |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/07 | (1,385.29) | Cash Transactions | 07/11/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/07 | (5.63) | Cash Transactions | 06/29/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/07 | (5.63) | Cash Transactions | 07/06/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/07 | (38.88) | Cash Transactions | 07/07/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/07 | (92.47) | Cash Transactions | 07/10/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| CR s 00001 July 17 - July 21 | 2017/07 | 53,243.09 | Cash Transactions | 07/21/2017 | BBCT | as | 6878 | P7 00001 Cash Receipts |
| ACH RETURNS - ANCHORAGE DAIL | 2017/07 | (17.40) | Cash Transactions | 06/26/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| DEPOSITED ITEM RETN UNPAID - P | 2017/07 | (86.00) | Cash Transactions | 07/20/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/07 | (22.53) | Cash Transactions | 07/25/2017 | BBCT | as | 6952 | P7 00001 Cash Transasactions |
| CR s 00001 July 24 - July 28 | 2017/07 | 62,905.01 | Cash Transactions | 07/28/2017 | BBCT | as | 6878 | P7 00001 Cash Receipts |
| CR s 00001 June 26 - June 30 | 2017/07 | 59,021.62 | Cash Transactions | 06/30/2017 | BBCT | as | 6878 | P7 00001 Cash Receipts |
| CR s 00001 July 3 - July 7 | 2017/07 | 77,867.39 | Cash Transactions | 07/07/2017 | BBCT | as | 6878 | P7 00001 Cash Receipts |
| ONLINE TRANSFER ACCOUNT TRA | 2017/08 | (42,000.00) | Cash Transactions | 08/10/2017 | BBTF | as | 7104 | P8 00200 Cash Transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/08 | (35,000.00) | Cash Transactions | 08/10/2017 | BBTF | as | 7104 | P8 00200 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/08 | (77.99) | Cash Transactions | 08/02/2017 | BBTF | as | 7076 | P8 00009 cash transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/08 | (54.99) | Cash Transactions | 08/04/2017 | BBTF | as | 7076 | P8 00009 cash transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/08 | (11,509.00) | Cash Transactions | 08/08/2017 | BBTF | as | 7076 | P8 00009 cash transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/08 | (144.88) | Cash Transactions | 08/11/2017 | BBTF | as | 7076 | P8 00009 cash transfers |
| ONLINE TRANSFER ACCOUNT TRA | 2017/08 | (30,000.00) | Cash Transactions | 08/03/2017 | BBTF | as | 7104 | P8 00200 Cash Transfers |
| ZBA BALANCE ACCOUNT TRANSFE | 2017/08 | (5,551.43) | Cash Transactions | 07/31/2017 | BBTF | as | 7076 | P8 00009 cash transfers |

Page 18 of 19

Exhibit C
Page 19 of 20

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                    4.WF-2004    1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:                8/11/2017
Detail used for
Summary of sources and uses of funds transferred from accounts in name of A.D.N. to nominee accounts in name of Ak Publishing, LLC

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
**Run on: 09/01/2017 at 5:22 PM by ea02**

**Main Account: 00001  Entity: 100000 ADN WF Depository**
Beginning Balance: 66208.83  From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017  Ending Balance: 19951.20

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| ZBA BALANCE ACCOUNT TRANSFE | 2017/08 | (18,773.91) | Cash Transactions | 08/01/2017 | BBTF | as | 7076 | P8 00009 cash transfers |
| RETAIL LOCK BOX RLI AC REC Ala | 2017/08 | (3,570.10) | Cash Transactions | 08/10/2017 | BBCT | as | 7109 | P8 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/08 | (37.90) | Cash Transactions | 08/10/2017 | BBCT | as | 7109 | P8 00001 Cash Transactions |
| 0731 Amazon Dig Correction | 2017/08 | (14.00) | Cash Transactions | 07/31/2017 | BBCT | as | 7110 | P8 00001 Cash Trans |
| CLIENT ANALYSIS SRVC CHRG 170 | 2017/08 | (1,326.03) | Cash Transactions | 08/11/2017 | BBCT | as | 7109 | P8 00001 Cash Transactions |
| ACH RETURNS - ANCHORAGE DAIL | 2017/08 | (50.58) | Cash Transactions | 08/11/2017 | BBCT | as | 7109 | P8 00001 Cash Transactions |
| CR s 00001 July 31 - Aug 4 | 2017/08 | 60,533.63 | Cash Transactions | 08/04/2017 | BBCT | as | 7024 | 00001 Cash Receipts Aug 2017 |
| CR s 00001 Aug 7 - Aug 11 | 2017/08 | 58,743.02 | Cash Transactions | 08/11/2017 | BBCT | as | 7024 | 00001 Cash Receipts Aug 2017 |

|  |  |
|---|---|
| (1,126,159.00) | Postage Paid |
| (9,643,000.00) | Transfers to General Account |
| (3,805.21) | ACH Returns |
| (53,297.39) | Fees |
| 7,373,000.00 | Transfers in from Alice |
| 3,512,058.59 | Revenue |

| 58,796.99 |
|---|

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule 4.NR-RP
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefitted any insider
Filing Date: 8/11/2017
Summary of funds transferred disbursed from Northrim Bank accounts in name of Ak Publishing, LLC, for the benefit of A. Rogoff or related parties

| Bank | Account | Company | Account Type | Account Number | Note | Disbursements for Alaska Dispatch Publishing, LLC | Disbursements for Ak Publishing, LLC | Disbursements for benefit of A.Rogoff | Received From A. Rogoff | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| WF | 2004 | ADN | Depository | 37820004 | | | | | | |
| WF | 0966 | ADN | Credit Card | 37820966 | | | | | | |
| WF | 9576 | ADN | CAPPS - postage clearing | 640-2639576 | | | | | | |
| WF | 0934 | AK Publishing | Payroll | 3793140934 | 5 | | | | | |
| WF | 5150 | AK Publishing | AP | 3793105150 | | | (13,023) | | | |
| WF | 5143 | AK Publishing | General | 3793105143 | 1 2 4 | (1,700) | | (260,795) | 203,975 | |
| NR | 5908 | AK Publishing | Business Checking | 7102125908 | 3 | | | (579,082) | | |
| NR | 5072 | AK Publishing | Credit Card | 7102125072 | | | | | | |
| NR | 5080 | AK Publishing | Depository | 7102125080 | | | | | | |
| | | | Total Disbursements for related parties | | | (1,700) | (13,023) | (839,877) | 203,975 | (854,600) |
| | | | Receipts from related parties | | | | | | 203,975 | 203,975 |
| | | | Net disbursements for the benefit of related parties | | | | | | | (650,625) |

Note 1 Disbursements treated as reducing payable to A. Rogoff arising from her deposits account WF - 2004 in the name of A.D.N.
Note 2 Received from A. Rogoff apart from WF wire transfers deposited to WF-2004
Note 3 Interest Payments to Northrim on behalf of A. Rogoff and insurance payment required by Northrim
Note 4 Payments treated as advance / due from Alaska Dispatch Publishing, LLC
Note 5 Payment of Thomas Head & Gresien, PC invoices for Ak Publishing, LLC

Exhibit D
Page 1 of 8

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule          4.NR-RP 1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:
Detail of tranactions in due to / from A. Rogoff account
Summary of funds transferred disbursed from Northrim Bank accounts in name of Ak Publishing, LLC, for the benefit of A. Rogoff or related parties

## ADN - Alaska Dispatch News
## Detailed Distribution History Query

Main Account: 18806   Entity: 100000   Due to/from Alice Rogoff
From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017   Balance Type: Actual

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Actual Net Change | Actual Balances | Net Change | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transfer from another WF accou | 2016/08 | (465,000.00) | Cash Transactions | 08/25/2016 | BBCT | as | | | | 5262 | P8 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XXX | 2016/09 | (140,000.00) | Cash Transactions | 09/08/2016 | BBCT | as | | | | 5428 | P9 00001 Cash Transactions |
| Prof. Services Thru 08/31/16 | 2016/10 | 487.50 | AP Invoice | 09/19/2016 | APIV | ap | | | | 5527 | Birch Horton Bittnew & Cherot |
| Prof. Services Thru 09/30/16 | 2016/10 | 420.00 | AP Invoice | 10/14/2016 | APIV | ap | | | | 5527 | Birch Horton Bittnew & Cherot |
| TELE-TRANSFER FR CHECKING XXX | 2016/10 | (125,000.00) | Cash Transactions | 10/06/2016 | BBCT | as | | | | 5595 | P10 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XXX | 2016/10 | (490,000.00) | Cash Transactions | 10/26/2016 | BBCT | as | | | | 5595 | P10 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XXX | 2016/10 | (235,000.00) | Cash Transactions | 10/07/2016 | BBCT | as | | | | 5595 | P10 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XXX | 2016/10 | (225,000.00) | Cash Transactions | 09/30/2016 | BBCT | as | | | | 5595 | P10 00001 Cash Transactions |
| Personal Charges | 2016/11 | 2,746.99 | AP Invoice | 11/02/2016 | APIV | ap | | | | 5655 | Thomas Head & Greisen PC |
| TELE-TRANSFER FR CHECKING XXX | 2016/11 | (300,000.00) | Cash Transactions | 11/03/2016 | BBCT | as | | | | 5719 | P11 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XXX | 2016/11 | (200,000.00) | Cash Transactions | 11/22/2016 | BBCT | as | | | | 5719 | P11 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XXX | 2016/11 | (350,000.00) | Cash Transactions | 11/23/2016 | BBCT | as | | | | 5719 | P11 00001 WF Dep Cash Trans |
| P11 Reclass Legal Bills | 2016/11 | 28,025.55 | Journal Entry | 11/27/2016 | GJ | ea02 | | | | 5795 | P11 Reclass Non Reimbursable Legal |
| P11 Reclass Legal Bills | 2016/11 | 25,855.19 | Journal Entry | 11/27/2016 | GJ | ea02 | | | | 5795 | P11 Reclass Non Reimbursable Legal |
| TELE-TRANSFER FR CHECKING XXX | 2016/12 | (600,000.00) | Cash Transactions | 12/22/2016 | BBCT | as | | | | 5870 | P12 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XXX | 2016/12 | (300,000.00) | Cash Transactions | 12/13/2016 | BBCT | as | | | | 5870 | P12 00001 WF Dep Cash Trans |
| TELE-TRANSFER FR CHECKING XXX | 2016/12 | (108,000.00) | Cash Transactions | 12/20/2016 | BBCT | as | | | | 5870 | P12 00001 WF Dep Cash Trans |
| P12 Correct Legal Invoice | 2016/12 | (420.00) | Journal Entry | 12/25/2016 | GJ | ea02 | | | | 5911 | P12 Other Receivables |
| P12 Accrue 2016 Interest Exp | 2016/12 | (274,462.77) | Journal Entry | 12/25/2016 | GJ | ea02 | | | | 5966 | P12 Accrue 2016 Interest Exp |
| P10 Roof Repair | 2016/12 | 1,050.00 | Journal Entry | 12/25/2016 | GJ | ea02 | | | | 5965 | P12 Reclass Alice s Pers. Pmts |
| P8 Birch Horton Invoice | 2016/12 | 4,651.50 | Journal Entry | 12/25/2016 | GJ | ea02 | | | | 5965 | P12 Reclass Alice s Pers. Pmts |
| P9 Birch Horton Invoices | 2016/12 | 3,763.00 | Journal Entry | 12/25/2016 | GJ | ea02 | | | | 5965 | P12 Reclass Alice s Pers. Pmts |
| P10 Birch Horton Invoices | 2016/12 | 12,675.97 | Journal Entry | 12/25/2016 | GJ | ea02 | | | | 5965 | P12 Reclass Alice s Pers. Pmts |
| Prof. Svcs Through 12/31/16 | 2017/01 | 19,563.55 | AP Invoice | 01/20/2017 | APIV | ap | | | | 6113 | Birch Horton Bittnew & Cherot |
| Prof. Svcs. Through 11/30/16 | 2017/01 | 5,172.81 | AP Invoice | 12/20/2016 | APIV | ap | | | | 6113 | Birch Horton Bittnew & Cherot |
| TELE-TRANSFER FR CHECKING XXX | 2017/01 | (175,000.00) | Cash Transactions | 01/23/2017 | BBCT | as | | | | 6033 | P1 2017 00001 Cash Transactions |
| P1 Reclass Personal Exp | 2017/01 | 1,500.00 | Journal Entry | 01/29/2017 | GJ | ea02 | | | | 6091 | P1 Reclass Personal Expenses |
| P1 Reclass AMEX Personal Exp | 2017/01 | 5,915.02 | Journal Entry | 01/29/2017 | GJ | ea02 | | | | 6129 | P1 AMEX |
| Prof. Svcs. Through 01/31/17 | 2017/02 | 14,925.33 | AP Invoice | 02/15/2017 | APIV | ap | | | | 6264 | Birch Horton Bittnew & Cherot |

Page 1 of 3

Exhibit D
Page 2 of 8

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule
Question 4          4.NR-RP 1
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:
Detail of tranactions in due to / from A. Rogoff account
Summary of funds transferred disbursed from Northrim Bank accounts in name of Ak Publishing, LLC, for the benefit of A. Rogoff or related parties

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**

Main Account: 18806   Entity: 100000   Due to/from Alice Rogoff
From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017   Balance Type: Actual   Net Change Actual Balances   Net Change:

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| TELE-TRANSFER FR XXXXX3831 RE | 2017/02 | (430,000.00) | Cash Transactions | 02/16/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| TELE-TRANSFER FR CHECKING XXX | 2017/02 | (225,000.00) | Cash Transactions | 02/06/2017 | BBCT | as | 6189 | P2 00001 Cash Transactions |
| P2 Adj AMEX Pmt | 2017/02 | 4,438.47 | Journal Entry | 02/26/2017 | GJ | ea02 | 6281 | P2 AMEX |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/03 | (200,000.00) | Cash Transactions | 03/03/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/03 | (200,000.00) | Cash Transactions | 03/09/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/03 | (225,000.00) | Cash Transactions | 03/20/2017 | BBCT | as | 6362 | P3 00001 Cash Transactions |
| P3 Adj. AMEX Pmt | 2017/03 | 602.76 | Journal Entry | 03/26/2017 | GJ | ea02 | 6337 | P3 Accruals |
| Prof. Services Thru 02/28/17 | 2017/04 | 31,551.00 | AP Invoice | 03/15/2017 | APIV | ap | 6509 | Birch Horton Bittnew & Cherot |
| Prof Services Thru 03/31/17 | 2017/04 | 32,033.82 | AP Invoice | 04/18/2017 | APIV | ap | 6509 | Birch Horton Bittnew & Cherot |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/04 | (500,000.00) | Cash Transactions | 04/03/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/04 | (250,000.00) | Cash Transactions | 04/25/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/04 | (300,000.00) | Cash Transactions | 04/13/2017 | BBCT | as | 6498 | P4 2017 WF Dep Acct Transactions |
| P4 Personal AMEX Pmt | 2017/04 | 2,596.34 | Journal Entry | 04/30/2017 | GJ | ea02 | 6621 | P4 AMEX |
| Basic Plan Premium 05/17-18 | 2017/05 | 33,300.00 | AP Invoice | 05/30/2017 | APIV | ap | 6634 | John Hancock Life Insurance |
| CLem Tillion Fuel | 2017/05 | 921.00 | AP Invoice | 05/04/2017 | APIV | ap | 6533 | Margy Johnson |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/05 | (100,000.00) | Cash Transactions | 05/26/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/05 | (1,000.00) | Cash Transactions | 05/25/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| Transfer from another WF accou | 2017/05 | (500,000.00) | Cash Transactions | 05/02/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| Transfer to another WF account | 2017/05 | 1,000.00 | Cash Transactions | 05/25/2017 | BBCT | as | 6658 | P5 00001 Cash Transactions |
| 05/16/17 WF Deposit Alice | 2017/05 | (3,975.00) | Cash Transactions | 05/19/2017 | BBCT | as | 6588 | CR s 00001 May 15 - May 19 |
| 05/16/17 WF Deposit/Owner Cont | 2017/05 | (200,000.00) | Cash Transactions | 05/19/2017 | BBCT | as | 6588 | CR s 00001 May 15 - May 19 |
| P5 Personal AMEX Exp | 2017/05 | 1,611.66 | Journal Entry | 05/28/2017 | GJ | ea02 | 6770 | P5 AMEX |
| Rogoff Electric Bill | 2017/06 | 1,600.00 | AP Invoice | 06/27/2017 | APIV | ap | 6783 | Margy Johnson |
| Prof. Services Thru 04/30/17 | 2017/06 | 23,977.57 | AP Invoice | 05/15/2017 | APIV | ap | 6782 | Birch Horton Bittnew & Cherot |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/06 | (600,000.00) | Cash Transactions | 06/12/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| TELE-TRANSFER FR XXXXX3831 RE | 2017/06 | (130,000.00) | Cash Transactions | 06/01/2017 | BBCT | as | 6799 | P6 00001 Cash Transactions |
| P6 Adj. for Personal AMEX Exp | 2017/06 | 1,220.39 | Journal Entry | 06/25/2017 | GJ | ea02 | 6900 | P6 AMEX |
| Alice Prescription 07/15/17 | 2017/07 | 12.00 | AP Invoice | 07/19/2017 | APIV | ap | 6899 | Margy Johnson |
| BOA CC- George Walton s Gold | 2017/07 | 600.00 | Journal Entry | 08/10/2017 | GJ | ap | 6997 | P7 2017 BOA |

Exhibit D

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                    4.NR-RP 1
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:
Detail of tranactions in due to / from A. Rogoff account
Summary of funds transferred disbursed from Northrim Bank accounts in name of Ak Publishing, LLC, for the benefit of A. Rogoff or related parties

ADN - Alaska Dispatch News
Detailed Distribution History Query

From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Main Account: 18806   Entity: 100000   Due to/from Alice Rogoff   Ending Balance August 2017 Balance Type: Actual   Net Change Actual Balances   Net Change:

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule                4.NR-RP   3
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:            8/11/2017
Detail for
Summary of funds transferred disbursed from Northrim Bank accounts in name of Ak Publishing, LLC, for the benefit of A. Rogoff or related parties

**ADN - Alaska Dispatch News**
**Detailed Distribution History Query**
Run on: 08/26/2017 at 8:02 PM by ea02

Main Account: 19905  Entity: 100000 Contribution and Distributions
From Calendar Period: 2016/08 August 2016  To Calendar Period: 2017/08  Ending Balance August 2017 Balance Type: Actual  Net Change Actual Balances

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| Withdrawal Transfer to | 2016/09 | 58,715.78 | Cash Transactions | 08/30/2016 | BBCT | as | 5435 | P9 00007 Cash Transactions |
| Withdrawal Transfer to | 2016/10 | 58,715.78 | Cash Transactions | 09/30/2016 | BBCT | as | 5609 | P10 00007 Cash Transactions |
| Wire Transfer | 2016/11 | 38,600.70 | AP Invoice | 11/21/2016 | APIV | ap | 5689 | Wave Of Lake Company |
| Withdrawal Oct. Loan Payment | 2016/11 | 56,821.72 | Cash Transactions | 11/02/2016 | BBCT | as | 5733 | P11 00007 Cash Transaction |
| Withdrawal Loan Payment | 2016/12 | 58,715.78 | Cash Transactions | 11/30/2016 | BBCT | as | 5878 | Withdrawal Transfer to |
| Withdrawal Loan Payment | 2017/01 | 56,821.72 | Cash Transactions | 12/30/2016 | BBCT | as | 6037 | Withdrawal Transfer to |
| Withdrawal Januavry interest | 2017/02 | 58,866.27 | Cash Transactions | 02/23/2017 | BBCT | as | 6192 | P2 2017 00007 Cash Transactions |
| WITHDRAWAL TRANSFER TO 710 | 2017/05 | 75,969.86 | Cash Transactions | 05/01/2017 | BBCT | as | 6674 | P5 00007 Cash Transactions |
| Rcls Loan Pymnt | 2017/06 | 56,977.40 | Journal Entry | 06/25/2017 | GJ | as | 6810 | P6 Reclass |
| INDIVIDUAL LOAN PAYMENT | 2017/07 | 58,876.64 | Cash Transactions | 06/30/2017 | BBCT | as | 6956 | P7 00007 Cash Transaction |

579,081.65

Exhibit D
Page 5 of 8

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule          4.NR-RP 4
Question 4
Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:
Detail for disbursements for loans to Alaska Dispatch Publishing, LLC
Summary of funds transferred disbursed from Northrim Bank accounts in name of Ak Publishing, LLC, for the benefit of A. Rogoff or related parties

ADN - Alaska Dispatch News
Detailed Distribution History Query
Run on: 08/26/2017 at 8:31 PM by ea02

Main Account: 18804   Entity: 100000 Due to/from AK Dispatch
From Calendar Period: 2016/08 August 2016   To Calendar Period: 2017/08   Ending Balance August 2017 Balance Type: Actual   Net Change Actual

| Description | Calendar Period | Amount | Transaction Type | Trx Date | Journal Code | User ID | Control Number | Other Description |
|---|---|---|---|---|---|---|---|---|
| 01262016 Newstex Payment | 2016/12 | 60.69 | Journal Entry | 12/25/2016 | GJ | ea02 | 5961 | P12 Record 2016 Activity |
| P12 Record 2016 Activity | 2016/12 | 39.48 | Journal Entry | 12/25/2016 | GJ | ea02 | 5961 | P12 Adj. Due from Dispatch Account |
| Federal ROI Review | 2017/04 | 1,600.00 | AP Invoice | 03/29/2017 | APIV | ap | 6465 | Thomas Head & Greisen PC |

1,700.17

Exhibit D
Page 7 of 8

Case 17-00285
Form 207 Statement of Financial Affairs
Schedule       4.NR-RP 5
Question 4     Payments or other transfers of property made within 1 year before filing this case that benefited any insider
Filing Date:   8/11/2017

Detail of
Payments from Ak Publishing WF 51510 Account (AP) for the benefit of Ak Publishing, LLC and not A.D.N.

| Date | Check | Amount |
|------|-------|--------|
| 6/19/2017 | 1015499 | 7,644.00 |
| 11/21/2016 | 1012401 | 5,379.13 |
| Total | | 13,023.13 |