Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016
cabot@cclawyers.net

Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) | |
| ) | |
| ALASKA DISPATCH NEWS, LLC, ) | **Case No.: 17-00285 GS** |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## DEBTOR'S FINAL REPORT

Pursuant to Bankruptcy Rule 1019(5), and this Court's conversion order at Docket No. 111, Debtor states as follows:

1. Attached hereto is an accounting of the receipts and disbursements during the Chapter 11 phases of this case, August 12, 2017 to September 22, 2017.

2. Apart from professional fees that may be owed, there are no known unpaid claims that arose during the Chapter 11 phase of this case.

DATED November 1, 2017.

ALASKA DISPATCH NEWS, LLC

By _____
Alice Rogoff

PAGE 1:    DEBTOR'S RULE 1019 REPORT
H:\3307\MAIN\RULE 1019 REPORT - USE THIS.WPD

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2017, a correct copy of this application was served by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Margaret Stroble
      Margaret Stroble

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

PAGE 2:    DEBTOR'S RULE 1019 REPORT
           H:\3307\MAIN\RULE 1019 REPORT - USE THIS.WPD

Alaska Dispatch New, LLC
Cash collateral budget

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bank Cash Forecast** | End of Day | 9/22/2017 | 0 | | | | |
| **Bank balances** | | | | | | | |
| Northrim | | - | | | | | |
| Total Northrim cash | | - | | | | | |
| | | | | | | | |
| **Wells Fargo** | | - | | | | | |
| Cash available | | - | | | | | |
| | | | | | | | |
| **Week ending** | | **8/18** | **8/25** | **9/1** | **9/8** | **9/15** | |
| **Est. cash balances - net of reserve (beg of week)** | | 97,347 | 272,135.00 | 82,286.00 | 190,565.30 | 187,267.00 | - |
| | | | | | | | |
| **Cash receipts/(disbursements):** | Current week | | | | | | |
| Week of | **8/18** | **8/25** | **9/1** | **9/8** | **9/15** | **9/23** | |
| **Disbursements** | | | | | | | |
| Postage | | 11,577.36 | 11,587.27 | 50,615.63 | 11,548.28 | 11,353.41 | - |
| Payroll | | - | 367,951.72 | 1,122.79 | 348,364.64 | 2,020.77 | - |
| Carriers | | 73,825.22 | - | 74,557.85 | - | - | - |
| Health & DI & VSP insur | | - | 262,556.99 | - | - | 142,902.51 | - |
| Workers Comp insur | | - | 53,246.47 | - | - | - | - |
| Rent - Northway (GCI) | | - | 60,000.00 | - | - | 60,000.00 | - |
| Rent - 3150 C St | | | - | 51,609.17 | - | - | - |
| Rent - Arctic Partners | | | 31,589.00 | | - | - | - |
| Property Taxes | | | 28,258.15 | | - | | |
| Credit card pmts | | - | - | 29,260.41 | 4,422.55 | - | - |
| Credit card fees | | - | - | - | 15,960.08 | - | - |
| AP run - balance | | 6,192.64 | 97,969.04 | 106,420.91 | 57,648.07 | 2,972.23 | - |
| Interest | | 54,306.17 | - | - | - | - | - |
| Utilites to GCI | | - | 41,000.00 | - | - | 41,000.00 | - |
| Cash Transferred on Close Date | | - | - | - | - | 218,942.00 | - |
| | | - | - | - | - | - | - |
| **Total disbursements** | | 145,901.39 | 954,158.64 | 313,586.76 | 437,943.62 | 479,190.92 | - |
| | 134,324.03 | | | | | | |
| | | | | | | | |
| **Cash receipts** | | | | | | | |
| Cash receipts | | 320,689.39 | 214,309.64 | 221,866.06 | 184,645.32 | 191,923.92 | - |
| Binkley Money Advanced | | - | - | - | - | 100,000.00 | |
| **DIP Loan** | | **-** | **550,000.00** | **200,000.00** | **250,000.00** | **-** | **-** |
| **Total cash receipts** | - | 320,689.39 | 764,309.64 | 421,866.06 | 434,645.32 | 291,923.92 | - |
| | | | | | | | |
| **Net cash receipts/(disbursements)** | | 174,788.00 | (189,849.00) | 108,279.30 | (3,298.30) | (187,267.00) | - |

10/26/2017 ; 5:21 PM                                                                                     Cash Report 9.22.17 updated 10.25.17.xlsx