James H. Lister, Alaska Bar No. 1611111
Birch Horton Bittner & Cherot, P.C.
Suite 825, 1100 Connecticut Ave., NW
Washington, DC  20036
Telephone: (202) 659-5800
jlister@dc.bhb.com

Attorney for Alice Rogoff

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re | |
| Alaska Dispatch News, LLC, | No. 17-00285-GS |
| Debtor. | Chapter 7 |

**Alice Rogoff's Joinder in Objection (ECF Doc. 148) to Application for Order Authorizing Trustee to Employ Bush Cornfield as Special Counsel (ECF Doc. 136)**

Creditor and interested party Alice Rogoff, by undersigned counsel, files this Joinder to the Debtor's Objection (ECF Doc. 148) to the Application for Order Authorizing Trustee to Employ Bush Cornfield as Special Counsel (ECF Doc. 136) filed by Chapter 7 Trustee Nacole Jipping.

Respectfully submitted,

Of counsel:

David Karl Gross, Alaska Bar No. 9611065
Birch Horton Bittner & Cherot, P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone : (907) 276-1550
Facsimile :  (907) 276-3680
dgross@bhb.com

/s/ *James. H. Lister*
James H. Lister, Alaska Bar No. 1611111
Birch Horton Bittner & Cherot, P.C.
Suite 825, 1100 Connecticut Ave., NW
Washington, DC  20036
Telephone: (202) 659-5800
jlister@dc.bhb.com

*Attorneys for Alice Rogoff*

## Certificate of Service

I certify that the attached pleading was filed through the Court's electronic filing system on December 4, 2017. The Court's filing system will distribute a notice of the filing containing a link to the filing to all persons registered in the case to receive electronic notices.

/s/ *James. H. Lister*
James H. Lister
