NACOLE JIPPING
CHAPTER 7 TRUSTEE
101 E. 9th Ave, #5A
Anchorage, AK  99501
Telephone (907) 276-6660

**FILED**

AUG 1 0 2021

CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

ALASKA DISPATCH NEWS, LLC,    ) Case No.  A 17-00285 GS
                              )
                              ) Chapter 7
                              )
              Debtor,         )
_____)

### REPORT OF UNCLAIMED MONIES

**TO THE HONORABLE GARY SPRAKER, Bankruptcy Judge:**

**Comes now, Nacole Jipping, Chapter 7 Trustee, and respectfully represents:**

1. Having received money from the above captioned estate and that on March 23, 2021, payment of dividend was made and that 90 days have lapsed since the issuance of said check.  The check was neither returned nor tendered for payment and is now stale-dated.

2. A stop payment was issued on the stale check.  Attempts to contact the creditor for reissue of funds have been unsuccessful.

THEREFORE, pursuant to Title 11, U.S.C. 347 (a), a negotiable instrument in the amount of $4,398.64,  made payable to the "Clerk of the Court, U.S. Bankruptcy Court", for the unclaimed funds in the above-referenced estate is made for payment into the Registry of the Court.  The name and address, so far as known, of the person entitled to a portion of said funds and the amount of their dividend is as follows:

| Creditor | Check | Date | Amount | Claim |
|---|---|---|---|---|
| Ponderay Newsprint Co.<br>Carmen Hermoza<br>111 Duke St, Ste 5000<br>Montreal, Quebec<br>Canada  H3C 2M1 | #1036 | 8/7/2021 | $4,398.64 | 12 |

Dated this  7th  day of August 2021.

RECEIPT # 24916

FEE AMT. $4,398.64 INT. JO

_Nacole Jipping, Trustee_
Nacole Jipping
Chapter 7 Trustee