Peter A. Cal, Esq.
Admitted Pro Hac Vice
pcal@shermanhoward.com
Sherman & Howard L.L.C.
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Phone: 303-297-2900
Facsimile:  303-298-0940

Attorneys for GCI NADC, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-00285 |
| | ) | |
| ALASKA DISPATCH NEWS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

  PLEASE TAKE NOTICE, effective December 6, 2021, undersigned counsel for GCI NADC, LLC, provides notice, pursuant to L.B.R. 9011-4(c), of his change of address as follows:

  Peter A. Cal, Esq.
  Sherman & Howard L.L.C.
  675 Fifteenth Street, Suite 2300
  Denver, CO 80202

  The telephone number, facsimile number, and email address for counsel remains the same.

54234892.1

Dated this 30th day of December, 2021.

                Respectfully submitted,

                SHERMAN & HOWARD L.L.C.

                By: s/ Peter A. Cal
                Peter A. Cal, Esq., #27779
                675 Fifteenth Street, Suite 2300
                Denver, CO  80202
                Phone:  (303) 297-2900
                Fax:  (303) 298-0940
                E-mail:  pcal@shermanhoward.com

                **ATTORNEYS FOR GCI NADC LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2021, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Cabot Christianson, Esq.<br>cabot@cclawyers.net | Erik LeRoy, Esq.<br>erik@alaskanbankruptcy.com |
| Robert H. Hume, Jr., Esq.<br>bobh@lbblawyers.com | Michael J. Parise, Esq.<br>Michael B. Baylous, Esq.<br>parisem@lanepowell.com<br>baylousm@lanepowell.com |
| Office of the United States Trustee, Region 18<br>USTPRegion18.ak.ecf@usdoj.gov | Jason M. Kettrick, Esq.<br>Elliot C. Copenhaver, Esq.<br>kettrick@carneylaw.com<br>copenhaver@carneylaw.com |
| Wayne G. Dawson, Esq.<br>wdawson@dawsonlaw-ak.com | Allen Frank Clendaniel, Esq.<br>clendaniel@alaskalaw.pro |
| D. John McKay, Esq.<br>mckay@alaska.net | Joseph E. Shickich, Jr., Esq.<br>jshickich@foxrothschild.com |
| Michael R. Mills, Esq.<br>Shane Kanady, Esq.<br>mills.mike@dorsey.com | Robert D. Macpherson, Esq.<br>rdmacpherson@macyolw.com |
| Deitra L. Ennis, Esq.<br>bankruptcy@muni.org | Nacole M. Jipping, Esq.<br>JippingECF@gmail.com |
| William D. Artus, Esq.<br>artuslaw@yahoo.com | Austin Barron, Esq.<br>abarron@bhb.com |
| James H. Lister, Esq.<br>jlister@dc.bhb.com | Russell E. Minkemann, Esq.<br>russ@minkcpa.net |
| Kathryn Perkins, Esq.<br>kathryn.e.perkins@usdoj.gov | Christine M. Tobin-Presser, Esq.<br>ctobin@bskd.com |
| Thomas Wang, Esq.<br>thomas@anchorlaw.com | |

                          *s/ Roberta Neal*